Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____   Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Adwoa Beauty LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | **adwoa beauty** |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 1 – 5 1 9 8 7 3 3 |

**4. Debtor's address**

**Principal place of business**

**3838 Oaklawn Ave**
Number        Street

**Dallas, TX 75215**
City                        State        ZIP Code

**Dallas**
County

**Mailing address, if different from principal place of business**

_____
Number        Street

_____
City                        State        ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____
City                        State        ZIP Code

**5. Debtor's website (URL)** _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Adwoa Beauty LLC**                                                    Case number *(if known)* _____
 Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                            MM / DD / YYYY

        District _____  When _____  Case number _____
                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

        District _____  When _____
                            MM / DD / YYYY

        Case number, if known _____

Debtor    **Adwoa Beauty LLC**
Name

Case number *(if known)*

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* |

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

_____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | | State | ZIP Code |
|---|---|---|---|

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49    ☑ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000

☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000    ☑ $1,000,001-$10 million    ☐ $500,000,001-$1 billion

☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion

☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion

☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor    **Adwoa Beauty LLC**

Name

Case number *(if known)*

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **10/31/2025**

MM/ DD/ YYYY

X **/s/ Julian Addo**                              **Julian Addo**

Signature of authorized representative of debtor        Printed name

Title    **Managing Member**

**18. Signature of attorney**

X    **/s/ Robert T DeMarco**    Date **10/31/2025**

Signature of attorney for debtor                MM/ DD/ YYYY

**Robert T DeMarco**

Printed name

**DeMarco Mitchell, PLLC**

Firm name

**12770 Coit Road, Suite 850**

Number    Street

**Dallas**    **TX**    **75251**

City    State    ZIP Code

**(972) 991-5591**    **robert@demarcomitchell.com**

Contact phone    Email address

**24014543**    **TX**

Bar number    State

**Fill in this information to identify the case:**

Debtor Name **Adwoa Beauty LLC**

United States Bankruptcy Court for the: **Northern** District of **Texas**

(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, that the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. | **Checking account** | ___ ___ ___ ___ | **$1,500.00** |
| 3.2. | **Checking account** | ___ ___ ___ ___ | **($14,197.97)** |

4. **Other cash equivalents** *(Identify all)*

| 4.1 | | | |
|---|---|---|---|
| 4.2 | | | |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **($12,697.97)** |

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1 | |
|---|---|

Debtor   **Adwoa Beauty LLC**
_____   Case number *(if known)* _____
Name

7.2 _____   _____

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____   _____

8.2 _____   _____

9.   **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.   | _____ |

---

| **Part 3:** | Accounts receivable |

10.   **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |

11.   **Accounts receivable**

| 11a. 90 days old or less: | **$250,000.00** - **$10,000.00** = .....➡ | **$240,000.00** |
|  | face amount      doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | _____ - _____ = .....➡ | _____ |
|  | face amount      doubtful or uncollectible accounts | |

12.   **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   | **$240,000.00** |

---

| **Part 4:** | Investments |

13.   **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |

14.   **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____   _____   _____

14.2 _____   _____   _____

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
| 15.1. _____ | _____ | _____ | _____ |
| 15.2. _____ | _____ | _____ | _____ |

---

Official Form 206A/B   **Schedule A/B: Assets — Real and Personal Property**   page **2**

Debtor    **Adwoa Beauty LLC**
_____    Case number *(if known)* _____
Name

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____    _____    _____

    16.2 _____    _____    _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    [_____]

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|--------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 19. **Raw materials** | | | | |
| | MM / DD / YYYY | | | |
| 20. **Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| finished goods at CG labs | | unknown | | $302,600.00 |
| | MM / DD / YYYY | | | |
| finished goods at mSEED labs | | unknown | | $43,672.00 |
| | MM / DD / YYYY | | | |
| finished goods at PGS360 | | unknown | | $665,000.00 |
| | MM / DD / YYYY | | | |
| 22. **Other inventory or supplies** | | | | |
| packaging supplies at PGS360 | | unknown | | $900,000.00 |
| | MM / DD / YYYY | | | |
| packaging supplies at Flexport | | unknown | | $45,000.00 |
| | MM / DD / YYYY | | | |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.    [$1,956,272.00]

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No
    ☐ Yes

---

Debtor   **Adwoa Beauty LLC** _____   Case number *(if known)* _____
      Name

---

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 6:** | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

33.  **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.

                                             _____

34.  **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

---

Debtor    **Adwoa Beauty LLC**
_____    Case number *(if known)* _____
Name

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| shelving station | $500.00 | | $500.00 |
| 40. **Office fixtures** | | | |
| | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.    | $500.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor    **Adwoa Beauty LLC**
_____        Case number *(if known)* _____
Name

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

   47.1 _____    _____    _____    _____

   47.2 _____    _____    _____    _____

   47.3 _____    _____    _____    _____

   47.4 _____    _____    _____    _____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

   48.1 _____    _____    _____    _____

   48.2 _____    _____    _____    _____

49. **Aircraft and accessories**

   49.1 _____    _____    _____    _____

   49.2 _____    _____    _____    _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

   _____    _____    _____    _____

51. **Total of Part 8**

   Add lines 47 through 50. Copy the total to line 87.    _____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ❑ No

   ❑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ❑ No

   ❑ Yes

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

   ☑ No. Go to Part 10.

   ❑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |

Debtor   **Adwoa Beauty LLC**
          _____          Case number *(if known)* _____
          Name

| | 55.4 | _____ | _____ | _____ | _____ | _____ |
| | 55.5 | _____ | _____ | _____ | _____ | _____ |
| | 55.6 | _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| 61. **Internet domain names and websites** | | | |
| adwoa beauty LOGO | unknown | | unknown |
| WWW.ADWOABEAUTY.COM | unknown | | unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| EMAIL LIST FOR 65K SUBSCRIBERS | unknown | | unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| FORMULAS FOR 12 SKUS | unknown | | unknown |
| 65. **Goodwill** | | | |
| _____ | _____ | _____ | _____ |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

Debtor    **Adwoa Beauty LLC**                                                    Case number *(if known)* _____
         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name

---

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**

Description (include name of obligor)

**OPEN PURCHASE ORDER FROM SEPHORA**          $69.00  –  $69.00  = ➔          $69.00

          Total face amount    doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

**73.** **Interests in insurance policies or annuities**

_____                          _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                          _____

Nature of claim    _____

Amount requested    _____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                          _____

Nature of claim    _____

Amount requested    _____

---

Debtor    **Adwoa Beauty LLC**
_____    Case number *(if known)* _____
Name

| | |
|---|---|
| 76. | **Trusts, equitable or future interests in property** |

_____    _____

| | |
|---|---|
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

_____    _____

_____    _____

| | | |
|---|---|---|
| 78. | **Total of Part 11** <br> Add lines 71 through 77. Copy the total to line 90. | **$69.00** |

| | |
|---|---|
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** |

☑ No

☐ Yes

---

**Part 12:**    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | ($12,697.97) | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $240,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,956,272.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................... ➡ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $69.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column*...........................91a. | $2,184,143.03 | + 91b. |

| | | |
|---|---|---|
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................................................... | **$2,184,143.03** |

Fill in this information to identify the case:

Debtor name  **Adwoa Beauty LLC**

United States Bankruptcy Court for the: _____**Northern**_____ District of _____**Texas**_____
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1** **Creditor's name**

**Aurous Financial**

**Creditor's mailing address**

**Jeff Sirchio**

**60 Walnut Ave Ste 400**

**Clark, NJ 07066**

**Creditor's email address, if known**

_____

**Date debt was incurred**      **1/1/2025**

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____
_____

**Describe debtor's property that is subject to a lien**

_____
_____

**Describe the lien**

_____
_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$303,764.82**    Column B: **unknown**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$938,764.82**

Debtor      **Adwoa Beauty LLC**
_____                    Case number (if known) _____
            Name

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim**<br>Do not deduct the value<br>of collateral. | **Value of collateral<br>that supports this<br>claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

**SBA Disaster Loan**
_____

**Creditor's mailing address**

**211 N. Florence St., Suite 201**
_____

**El Paso, TX 79901**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account    9  1  0  8
number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Amount of claim: **$85,000.00**

Value of collateral: **unknown**

Debtor  **Adwoa Beauty LLC**
Name                                                              Case number (if known) _____

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** **Creditor's name**

**SBA EIDL**

**Creditor's mailing address**

**14925 Kingsport Rd.**

**Fort Worth, TX 76155**

**Creditor's email address, if known**

_____

**Date debt was incurred**   **06/2020**

**Last 4 digits of account**   **7  8  0  2**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim:** $250,000.00

**Value of collateral:** unknown

Debtor    **Adwoa Beauty LLC**
_____    Case number (if known) _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.4** Creditor's name

**Versant FUNDING**

Creditor's mailing address

**Dan Broadley**
**Director of Operations**

**2500 North Military Trail Suite 465**

**Boca Raton, FL 33431**

Creditor's email address, if known

Date debt was incurred    **01/2025**

Last 4 digits of account number    __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$300,000.00**    Column B: **unknown**

Debtor    **Adwoa Beauty LLC**
_____
Name

Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Richard I. Simon, ESQ**<br>**Mandelbaum Barrett PC**<br>**3 Becker Farm Road Suite 105**<br>**Roseland, NJ 07068** | Line 2. **1** | __ __ __ __ |
| **Mark D. Weinberg**<br>**Versant Funding LLC**<br>**2500 N. Military Trail Suite 465**<br>**Boca Raton, FL 33428** | Line 2. **4** | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Debtor   **Adwoa Beauty LLC**
Name

Case number (if known) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____<br>_____<br>_____ | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name **Adwoa Beauty LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,700.50 | $18,700.50 |

**2.1** Priority creditor's name and mailing address

**Department of Labor/ State of Washington**

**PO Box 44171**

**Olympia, WA 98504**

Date or dates debt was incurred

**08/21/2025**

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

Remarks: "DEPARTMENT OF LABOR AND INDUSTRIES ) CITATION AND NOTICE OF EMPLOYMENT STANDARDS PROGRAM"

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$18,700.50**    Priority amount: **$18,700.50**

**2.2** Priority creditor's name and mailing address

**Texas Workforce Commission**

**Laneka Davis**

**101 E 15th St Room 556**

**Austin, TX 78778-1442**

Date or dates debt was incurred

**11/2024**

Last 4 digits of account number **0   6   4   5**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

Remarks: overdue wage claim

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$13,441.92**    Priority amount: **$13,441.92**

| Debtor | **Adwoa Beauty LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

<div style="background:black;color:white">**Part 2:**</div> List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**Akita Brands INC**

**45 Park Ave, STE 1902**

**Cincinnati, OH 45263-4558**

Date or dates debt was incurred   **08/2024**

Last 4 digits of account number   — — — —

Remarks: business loan

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$50,000.00**

**3.2** Nonpriority creditor's name and mailing address

**Amex Gold**

**PO Box BOX 6031**

**Carol Stream, IL 60197**

Date or dates debt was incurred   **2025**

Last 4 digits of account number   **8  0  0  8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$4,990.29**

**3.3** Nonpriority creditor's name and mailing address

**Amex Platinum**

**PO BOX 6031**

**Carol Stream, IL 60197**

Date or dates debt was incurred   **2025**

Last 4 digits of account number   **1  0  0  3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$4,990.29**

**3.4** Nonpriority creditor's name and mailing address

**Art Dept**

**89 Hudson Street, Suite 202**

**Hoboken, NJ 07030**

Date or dates debt was incurred   **11/2024**

Last 4 digits of account number   **9  -  F  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,200.00**

Debtor   **Adwoa Beauty LLC**
_____
Name

Case number *(if known)* _____

---

| **Part 2:** | Additional Page |
|---|---|

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,561.62 |

**Barclays Bank**

**PO Box 60517**

**City of Industry, CA 91716**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,875.00 |

**Bazaarvoice**

**"10901 Stonelake Blvd. Austin TX "**

**Austin, TX 78759**

Date or dates debt was incurred   **03/2023**

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Remarks:**
marketing campaign for gifted product. I am disputing this debt as
I alerted the company at the onset and asked them to cancel due
to financial issues, at which they refused. portiins of the campaign
I am bein charged for was unused.

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,268.00 |

**CIN7**

**"2205 152nd Ave NE REDMOND WA"**

**Redmond, WA 98052**

Date or dates debt was incurred   **10/25**

Last 4 digits of account number  **4   6   9   8**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,600.00 |

**Conde Nast**

**Robert B. Hollis**
**Szabo Associates, Inc.**

**3355 Lenox Road NE, Suite 945**

**Atlanta, GA 30326**

Date or dates debt was incurred   **11/2023**

Last 4 digits of account number  **-   0   1   __**

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Adwoa Beauty LLC**

Name

Case number *(if known)*

---

| Part 2: | Additional Page |
|---|---|

**3.9** Nonpriority creditor's name and mailing address

**Ecomundo**

**Services Réglementaires Ecomundo Canada Inc**

**4284 Rue De La Roche**

**Montréal QC, H2J 3H9,**

Date or dates debt was incurred    **5/9/2024**

Last 4 digits of account number    **0 0 5 8**

Remarks: annual due for CANADA and EU Compliance

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$15,600.00**

---

**3.10** Nonpriority creditor's name and mailing address

**Elevation Staffing Team**

**Veronica Lopez/ Vice President**

**1625 W. Mockingbird Lane 307**

**Dallas, TX 75235**

Date or dates debt was incurred    **01/2024**

Last 4 digits of account number    ___ ___ ___ ___

Remarks: staffing agency - payroll for temp workers

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$23,000.00**

---

**3.11** Nonpriority creditor's name and mailing address

**Flexport International LLC**

**760 Market Street, 8th Floor**

**San Francisco, CA 94102**

Date or dates debt was incurred    **9/25**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$45,000.00**

---

**3.12** Nonpriority creditor's name and mailing address

**FORA FINANCIAL**

**1385 Broadway, 15 th Floor**

**New York, NY 10018**

Date or dates debt was incurred    **03/2025**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$54,000.00**

---

| Debtor | **Adwoa Beauty LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.13** Nonpriority creditor's name and mailing address

**GRIN Technologies, Inc**

**PO Box 18576**

**Palatine, IL 60055-8576**

Date or dates debt was incurred    **05/2024**

Last 4 digits of account number    **U   T   Y**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$16,000.00

---

**3.14** Nonpriority creditor's name and mailing address

**Hegedus Vince**

**Magyarország**

**1028 BUDAPEST**

**KILINCS UTCA 24/B,**

Date or dates debt was incurred    **08/2024**

Last 4 digits of account number    __ __ __ __

**Remarks:** marketing service

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,000.00

---

**3.15** Nonpriority creditor's name and mailing address

**Hiline**

**304 S Franklin St 200**

**Syracuse, NY 13202**

Date or dates debt was incurred    **05/2024**

Last 4 digits of account number    __ __ __ __

**Remarks:** accounting services

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,600.42

---

**3.16** Nonpriority creditor's name and mailing address

**Isabelle Rose Passaglia**

**12817 Kling Street, Apt. #1**

**Studio City, CA 91604**

Date or dates debt was incurred    **11/2024**

Last 4 digits of account number    __ __ __ __

**Remarks:** photographer

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,000.00

| Debtor | **Adwoa Beauty LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,800.00 |
|---|---|---|---|

**LA Models**

**7700 WEST SUNSET BOULEVARD**

**Los Angeles, CA 90046**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

| Date or dates debt was incurred | **11/2024** |
|---|---|

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

Remarks: model

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**LoudCrowd, Inc.**

**1135 W 6th St. 110**

**Austin, TX 78723**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

| Date or dates debt was incurred | **07/2024** |
|---|---|

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,778.25 |
|---|---|---|---|

**Miles Dahmann**

**4627 Marlo Dr**

**Las Vegas, NV 89117-7902**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

| Date or dates debt was incurred | **03/2024** |
|---|---|

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,844.29 |
|---|---|---|---|

**Missing Ingredient, Inc.**

**2400 S Cimarron Rd 100**

**Las Vegas, NV 89117-7902**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

| Date or dates debt was incurred | **04/2023** |
|---|---|

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| Debtor | **Adwoa Beauty LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.21** Nonpriority creditor's name and mailing address

**Mk Pallet**

**12525 North rvtce t-30**

**Saltillo, TX 75478**

Date or dates debt was incurred    **06/2023**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$3,000.00**

---

**3.22** Nonpriority creditor's name and mailing address

**mSEED group LLC**

**Anthony M. Standifer**
**Founder & Chief Brand Architect**

**111 W. 154th Street**

**Pico Rivera, CA 90660**

Date or dates debt was incurred    **05/2023**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$217,865.79**

---

**3.23** Nonpriority creditor's name and mailing address

**Octoly Inc. d/b/a Skeepers**

**244 Fifth Avenue, Suite D61**

**New York, NY 10001**

Date or dates debt was incurred    _____

Last 4 digits of account number    _5_ _6_ _5_ _3_

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$26,520.00**

---

**3.24** Nonpriority creditor's name and mailing address

**OLD DOMINION FREIGHT LINES**

**3821 Juniper Trace Suite 108**

**Austin, TX 78738**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$233,894.00**

---

| Debtor | **Adwoa Beauty LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155,000.00 |
|---|---|---|---|

**Outfront**

**185 US Highway**

**Fairfield, NJ 07004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **4/2025**

Basis for the claim: _____

Last 4 digits of account number   **3  5  0  7**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000,000.00 |
|---|---|---|---|

**Pendulum Holdings**

**345 N. Maple Drive**

**Beverly Hills, CA 90210**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **08/2022**

Basis for the claim:  **Investment**

Last 4 digits of account number   **U  T  Y  __**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,390.00 |
|---|---|---|---|

**Perpetua Labs, LLC**

**1801 Porter Street, Suite 300**

**Baltimore, MD 21230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **06/2025**

Basis for the claim: _____

Last 4 digits of account number   **0  0  0  9**

Is the claim subject to offset?
☑ No
☐ Yes

Remarks: webs services for amazon ads

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|

**PGS360**

**8610 Mercury Ln,**

**Pico Rivera, CA 90660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **09/2025**

Basis for the claim: _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Adwoa Beauty LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,308.00**

**Provenance**

**1 Des Roches Square**

**Witney, Oxfordshire, OX28 4BE,**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   **4/1/2025**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **1  z  a  4**

Remarks: annual dues web services

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$54,963.48**

**Reserve Capital Group, LLC.**

**Michael Schreck**
**Managing Member**

**100 Overlook Center, 2nd Floor**

**Princeton, NJ 08540**

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   **09/2025**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   ___ ___ ___ ___

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$33,720.00**

**Rose Neal Consulting LLC**

**Commercial Collections**
**TSI Commercial Division**

**500 Virginia Drive 514**

**Fort Washington, PA 19034**

- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   **06/2024**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **1  7  4  2**

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,600.00**

**Route App Protect**

**1441 W Innovation Way, STE 150**

**Lehi, UT 84043**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   ___ ___ ___ ___

Remarks: shipping services

---

| Debtor | **Adwoa Beauty LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.33** | Nonpriority creditor's name and mailing address

**Saltbox, Inc**

**Lucy Voss**

**169 Madison Ave #2041**

**New York, NY**

Date or dates debt was incurred       **12/2024**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$23,493.04

---

**3.34** | Nonpriority creditor's name and mailing address

**Shanghai Impact**

**1203, Building F, Zhoukang Road,**

**Pudong District, Shanghai, China,**

Date or dates debt was incurred       **09/2025**

Last 4 digits of account number   __ __ __ __

Remarks: PACKAGING GOODS

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$46,000.00

---

**3.35** | Nonpriority creditor's name and mailing address

**Simpson Print**

**865 Sawmill Road**

**Bloomingdale, ON, Canada, N0B 1K0,**

Date or dates debt was incurred       **07/2023**

Last 4 digits of account number   **D  W  0  1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$41,556.28

---

**3.36** | Nonpriority creditor's name and mailing address

**Stetts Model Management**

**1133 Broadway 1609**

**New York, NY 10010**

Date or dates debt was incurred       **11/2024**

Last 4 digits of account number   __ __ __ __

Remarks: model

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,114.88

---

| Debtor | **Adwoa Beauty LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

## Part 2: Additional Page

---

**3.37** Nonpriority creditor's name and mailing address

**The Accountrepreneur, LLC**

**4204 Clausen Ave**

**Chanhassen, MN 55317**

Date or dates debt was incurred    **10/2024**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5,339.36**

---

**3.38** Nonpriority creditor's name and mailing address

**The Bernard Group**

**19011 Lake Drive East**

**Chanhassen, MN 55317**

Date or dates debt was incurred    **04/2025**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5,339.36**

---

**3.39** Nonpriority creditor's name and mailing address

**THIRSTY MI.**

**12 MARSHGATE LANE, E15 2NH,**

Date or dates debt was incurred    **06/2024**

Last 4 digits of account number   ___ ___ ___ ___

Remarks: PR services

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**unknown**

---

**3.40** Nonpriority creditor's name and mailing address

**TJX/Marshall**

**770 COCHITUATE ROAD**

**Framingham, MA 01701**

Date or dates debt was incurred    **04/2024**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$11,046.37**

---

| Debtor | **Adwoa Beauty LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

---

**3.41**

**Nonpriority creditor's name and mailing address**

**TOTAL QUALITY LOGISTICS**

**P.O. Box 634558**

**Cincinnati, OH 45263-4558**

Date or dates debt was incurred **03/2025**

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$942.55**

---

**3.42**

**Nonpriority creditor's name and mailing address**

**Tractenberg & Co., L.L.C.**

**116 East 16th Street, 2nd Floor**

**New York, NY 10003**

Date or dates debt was incurred **11/1/2023**

Last 4 digits of account number ___ ___ ___ ___

Remarks: PR services

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$12,484.68**

---

**3.43**

**Nonpriority creditor's name and mailing address**

**TYB**

**4764 East Sunrise Drive**

**Tucson, AZ 85718**

Date or dates debt was incurred **06/2025**

Last 4 digits of account number ___ ___ ___ ___

Remarks: marketing services

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,000.00**

---

**3.44**

**Nonpriority creditor's name and mailing address**

**Wallflower Management LLC**

**3809 Parry Avenue #105**

**Dallas, TX 75226**

Date or dates debt was incurred **08/2024**

Last 4 digits of account number ___ ___ ___ ___

Remarks: model

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$3,750.00**

---

Debtor    **Adwoa Beauty LLC**
Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |
|---------|-----------------|

| **3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,000.00 |
|---|---|---|---|

**Weinberg Gonser Frost, LLP**

**"10866 Wilshire Blvd. Suite 1650**

**Los Angeles, CA 90024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **02/2023**

Last 4 digits of account number    **e   r   a   l**

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Adwoa Beauty LLC** | Case number *(if known)* |
|--------|----------------------|--------------------------|
| | Name | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|----------------------------------------------------|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|-----------------------------------------|
| 4.1 **Alicia Crawford** <br> **PO Box 44510** <br> **Olympia, WA 98504** | Line **2.1** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2 **department of Labor and Industries** <br> **PO Box 44510** <br> **Olympia, WA 98504** | Line **2.1** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3 **Thomas L. Kolker** <br> **3209 Hemlock Ave.** <br> **Austin, TX 78722** | Line **3.24** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    **Adwoa Beauty LLC**_____          Case number *(if known)*_____
          Name

---

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

---

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | **$32,142.42** |
| 5b.  **Total claims from Part 2** | 5b. **+** | **$5,221,435.95** |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$5,253,578.37** |

Fill in this information to identify the case:

Debtor name        **Adwoa Beauty LLC**

United States Bankruptcy Court for the:        **Northern**        District of        **Texas**

Case number (If known):                                                Chapter        (State)        **11**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐    No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑    Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest    **Contract to be REJECTED** | **PGS360** **8610 Mercury Ln, Pico** |
| | State the term remaining | **Pico Rivera, CA 90660** |
| | List the contract number of any government contract | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name **Adwoa Beauty LLC**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1.** **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| **2.1** **Julian Addo** | **1671 S Broadway St, Suite E12**<br>Street<br><br>**Dallas, TX 75215**<br>City        State        ZIP Code | **Department of Labor/ State of Washington** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Versant FUNDING** | ☑ D<br>☐ E/F<br>☐ G |
| | | **PGS360** | ☐ D<br>☐ E/F<br>☑ G |
| | | **SBA EIDL** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Barclays Bank** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Akita Brands INC** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Texas Workforce Commission** | ☐ D<br>☑ E/F<br>☐ G |
| **2.2** _____ | _____<br>Street<br><br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

| Debtor | **Adwoa Beauty LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

▌ **Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.3 | _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.4 | _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.5 | _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.6 | _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

Fill in this information to identify the case:

Debtor name **Adwoa Beauty LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____    Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

    Copy line 88 from *Schedule A/B*........................................................................................

    | $0.00 |

    1b. **Total personal property:**

    Copy line 91A from *Schedule A/B*.....................................................................................

    | $2,184,143.03 |

    1c. **Total of all property:**

    Copy line 92 from *Schedule A/B*.......................................................................................

    | $2,184,143.03 |

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

    | $938,764.82 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................

    | $32,142.42 |

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

    | + $5,221,435.95 |

4. **Total liabilities**.................................................................................................................

    Lines 2 + 3a + 3b

    | $6,192,343.19 |

**Fill in this information to identify the case:**

Debtor name      **Adwoa Beauty LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration **List of Equity Security Holders** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>**10/31/2025**</u>
      MM/ DD/ YYYY

**X** <u>/s/ Julian Addo</u>
Signature of individual signing on behalf of debtor

<u>**Julian Addo**</u>
Printed name

<u>**Managing Member**</u>
Position or relationship to debtor

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                                              CHAPTER  **11**

**Adwoa Beauty LLC**

DEBTOR(S)                                                          CASE NO

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|
| **Julian Addo**<br>3838 Oaklawn Ave Suite 1000-#9023<br>Dallas, TX 75215 | Interest | 100% | Member |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Managing Member**_____ of the _____**Public Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true
and correct to the best of my information and belief.


Date: **10/31/2025**_____          Signature: **/s/ Julian Addo**_____
                                                                        *Julian Addo , Managing Member*

Fill in this information to identify the case:

Debtor name     **Adwoa Beauty LLC**

United States Bankruptcy Court for the:

    **Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

**1. Gross revenue from business**

  ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to   Filing date<br><sub>MM/ DD/ YYYY</sub> | ☑ Operating a business<br>☐ Other _____ | **$600,000.00** |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br><sub>MM/ DD/ YYYY     MM/ DD/ YYYY</sub> | ☑ Operating a business<br>☐ Other _____ | **$1,010,909.00** |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br><sub>MM/ DD/ YYYY     MM/ DD/ YYYY</sub> | ☑ Operating a business<br>☐ Other _____ | **$2,644,503.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to   Filing date<br><sub>MM/ DD/ YYYY</sub> | _____ | _____ |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br><sub>MM/ DD/ YYYY     MM/ DD/ YYYY</sub> | _____ | _____ |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br><sub>MM/ DD/ YYYY     MM/ DD/ YYYY</sub> | _____ | _____ |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.**    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **MSEED GROUP LLC** <br> Creditor's name <br><br> **111 W. 154th Street** <br> Street <br><br><br> **South Holland, IL 60473** <br> City    State    ZIP Code | | **$50,151.37** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. **Aurous Financial** <br> Creditor's name <br><br> **60 Walnut Ave Ste 400,** <br> Street <br><br><br> **Clark, NJ 07066** <br> City    State    ZIP Code | | **$42,638.24** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.3. **Versant FUNDING** <br> Creditor's name <br><br> **2500 North Military Trail Suite 465** <br> Street <br><br><br> **Boca Raton, FL 33431** <br> City    State    ZIP Code | | **$45,022.69** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.**    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

Debtor _____Adwoa Beauty LLC_____  Case number *(if known)* _____
          Name

4.1.  _____   _____  _____   _____
      Creditor's name

      _____   _____               _____
      Street

      _____   _____               _____

      _____
      City              State    ZIP Code

      | Relationship to debtor |
      
      _____

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ | _____ | _____ | _____ |
| Creditor's name | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| _____ | | | |
| City        State    ZIP Code | | | |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ | _____ | _____ | _____ |
| Creditor's name | XXXX– __ __ __ __ | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| _____ | | | |
| City        State    ZIP Code | | | |

**Part 3:**  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

Debtor **Adwoa Beauty LLC**
Name

Case number *(if known)*

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **"AUROUS FINANCIAL SVCS LLC, a New Jersey Limited Liability Company, Plaintiff, - vs. - ADWOA BEAUTY, LLC, a Texas Limited Liability Company, and JULIAN ADDO, Defendants, VERIFIED COMPLAINT MSEED GROUP, LLC, and CHARLES GREEN LABS Nominal Defendants."** | **VERIFIED COMPLAINT - AUROUS FINANCIAL** | **NJ Federal Court** <br> Name <br> **2:25-cv-16185** <br> Street <br> **2:25-cv-16185** <br><br> City  State  ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

Case number

**2:25-cv-16185**

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **ADWOA BEAUTY LLC vs. OLD DOMINION FREIGHT LINE INC** | | **Dallas County - District Court** <br> Name <br><br> Street <br><br> City  State  ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

Case number

**DC-22-14907**

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | **Thomas L. Kolker** <br> Custodian's name <br> **3209 Hemlock Ave.** <br> Street <br><br> **Austin, TX 78722** <br> City  State  ZIP Code | **Case title** <br> **OLD DOMINION FREIGHTLINE, INC., PLAINTIFF VS. ADWOA BEAUTY, LLC, DEFENDANT** <br> **Case number** <br> **C-1-CV-25-004075** <br> **Date of order or assignment** <br> **07/14/25** | **Court name and address** <br> **126th District Court, Travis County** <br> Name <br><br> Street <br><br> City  State  ZIP Code |

**Part 4:** Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

Debtor  **Adwoa Beauty LLC**                    Case number *(if known)*
      Name

| 9.1. | **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
|---|---|---|---|---|
| | Recipient's name | | | |
| | Street | | | |
| | City    State   ZIP Code | | | |

**Recipient's relationship to debtor**

---

**Part 5:**  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| | **Description of the property lost and how the loss occurred** | **Amount of payments received for the loss** <br><br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | **Date of loss** | **Value of property lost** |
|---|---|---|---|---|
| 10.1. | | | | |

---

**Part 6:**  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❑ None

| 11.1. | **Who was paid or who received the transfer?** | **If not money, describe any property transferred** | **Dates** | **Total amount or value** |
|---|---|---|---|---|
| | **DeMarco Mitchell, PLLC** | **Attorney's Fee** | **10/27/2025** | **$12,000.00** |
| | **Address** | | | |
| | **12770 Coit Road, Suite 850** <br> Street | | | |
| | **Dallas, TX 75251** <br> City    State   ZIP Code | | | |
| | **Email or website address** | | | |
| | **robert@demarcomitchell.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

Debtor    **Adwoa Beauty LLC**                                    Case number *(if known)*
          Name

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

| Trustee |
|---|
| |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

| Address |
|---|
| |

Street

City          State    ZIP Code

| Relationship to debtor |
|---|
| |

**Part 7:**  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. **1414 Belleview Street Suite #100 and #180**<br>Street<br><br>**Dallas, TX 75215**<br>City          State    ZIP Code | From ————— To ————— |

Debtor    **Adwoa Beauty LLC**

Case 25-44261-mxm11   Doc 1   Filed 10/31/25   Entered 10/31/25 18:19:17   Desc Main
Document    Page 47 of 64   Case number *(if known)*

Name

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br><br>Facility name<br><br>_____<br>Street | _____ | _____ |
| _____<br>City    State   ZIP Code | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____<br><br>_____ | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?
    ☐ No
    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

    Has the plan been terminated?
    ☐ No
    ☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor    Adwoa Beauty LLC
Case 25-44261-mxm11   Doc 1   Filed 10/31/25   Entered 10/31/25 18:19:17   Desc Main
Document    Page 48 of 64

Case number *(if known)* _____

| 18.1 | **AMERICAN NATIONAL BANK OF TEXAS** | XXXX– **1 5 7 1** | ☑ Checking | **06/2025** | **$300.00** |
|---|---|---|---|---|---|
| | Name | | ☐ Savings | | |
| | **2703 Oak Lawn Avenue** | | ☐ Money market | | |
| | Street | | ☐ Brokerage | | |
| | | | ☐ Other | | |
| | **Dallas, TX 75219** | | _____ | | |
| | City    State    ZIP Code | | | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City    State    ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **PUBLIC STORAGE** | | ~~ROLLING CARTS, ,SHELVING~~ | ☑ No |
| | Name | | ~~UNIT, EMPTY PACKAGING,~~ | ☐ Yes |
| | **1419 S. Stemmons Fwy** | | ~~BOXES, LABEL MAKER, SALON~~ | |
| | Street | | ~~CHAIR, TABLES, FOLDING~~ | |
| | | **Address** | ~~TABLES AND CHAIRS~~ | |
| | **Lewisville, TX 75067** | | | |
| | City    State    ZIP Code | | | |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| Street | | | |
| City    State    ZIP Code | | | |

Debtor   **Adwoa Beauty LLC**                                                      Case number *(if known)*
_____
Name

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| | Name _____ | _____ | ☐ On appeal |
| **Case number** | Street _____ | | ☐ Concluded |
| _____ | _____ | | |
| | City          State     ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City     State     ZIP Code | City     State     ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City     State     ZIP Code | City     State     ZIP Code | | |

Debtor    Adwoa Beauty LLC
         Name

Case 25-44261-mxm11   Doc 1   Filed 10/31/25   Entered 10/31/25 18:19:17   Desc Main
                  Document      Page 50 of 64   Case number *(if known)*

| Part 13: | Details About the Debtor's Business or Connections to Any Business |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City        State    ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____   To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **ACCOUNTPRENUER - ALEX CORRAL**<br>Name<br>**4204 Clausen Ave**<br>Street<br><br>**Western Springs, IL 60558**<br>City        State    ZIP Code | From **2023**   To **2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City        State    ZIP Code | From _____   To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

Debtor **Adwoa Beauty LLC**
        Name

Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |

Name

Street

City                    State              ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **AUROUS FINANCIAL** |

Name

**60 Walnut Ave. Ste 400**
Street

**Clark, NJ 07066**
City                    State              ZIP Code

| Name and address |
|---|
| 26d.2. **VERSANT FUNDING LLC** |

Name

**2500 North Military Trail Suite 465**
Street

**Boca Raton, FL 33431**
City                    State              ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **ANTHONY STANDIFER** | **8/25** | **$150,000.00** |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. **MSEED GROUP LLC** |

Name

**111 W 154th Street**
Street

**South Holland, IL 60473**
City                    State              ZIP Code

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **CAITLIN GREEN** | **9/25** | **$500,000.00** |

Debtor    **Adwoa Beauty LLC**    Case number *(if known)* _____
   Name

| Name and address of the person who has possession of inventory records |
|---|

27.2. **CG LABS**
Name

**625 Third Street**
Street

**Newark, NJ 07107**
City                              State              ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **JULIAN ADDO** | **3838 Oaklawn Ave Suite 1000-#9023 #2518 Dallas, TX 75215** | **CEO + FOUNDER ,** | **100.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
|  |  | , | From _____ <br> To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. |  |  |  |
| Name |  |  |  |
| Street |  |  |  |
| City                 State      ZIP Code |  |  |  |
| Relationship to debtor |  |  |  |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **ADWOA BEAUTY LLX** | EIN: **8 1 – 5 1 9 8 7 3 3** |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **12**

Debtor    **Adwoa Beauty LLC**                                    Case number *(if known)*
                Name

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **10/31/2025**
                     MM/ DD/ YYYY

**X** **/s/ Julian Addo**                                    Printed name                    **Julian Addo**
        Signature of individual signing on behalf of the debtor

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Fill in this information to identify the case:

Debtor name _____ **Adwoa Beauty LLC** _____

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Pendulum Holdings 345 N. Maple Drive Beverly Hills, CA 90210 | | Investment | Contingent | | | $4,000,000.00 |
| 2 OLD DOMINION FREIGHT LINES 3821 Juniper Trace Suite 108 Austin, TX 78738 | | | Contingent | | | $233,894.00 |
| 3 mSEED group LLC Anthony M. Standifer Founder & Chief Brand Architect 111 W. 154th Street Pico Rivera, CA 90660 | (312) 600-4001 x703 | | | | | $217,865.79 |
| 4 Outfront 185 US Highway Fairfield, NJ 07004 | | | | | | $155,000.00 |
| 5 Reserve Capital Group, LLC. Michael Schreck Managing Member 100 Overlook Center, 2nd Floor Princeton, NJ 08540 | (609) 228-5725 | | Contingent Disputed Unliquidated | | | $54,963.48 |
| 6 FORA FINANCIAL 1385 Broadway, 15 th Floor New York, NY 10018 | | | Contingent Disputed Unliquidated | | | $54,000.00 |
| 7 Akita Brands INC 45 Park Ave, STE 1902 Cincinnati, OH 45263-4558 | | | | | | $50,000.00 |
| 8 Shanghai Impact 1203, Building F, Zhoukang Road, Pudong District, Shanghai, China, | | | | | | $46,000.00 |

| Debtor | **Adwoa Beauty LLC** | | | | | | |
| | Name | | | | Case number *(if known)* | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Flexport International LLC<br>760 Market Street, 8th Floor<br>San Francisco, CA 94102 | | | | | | $45,000.00 |
| 10 | Simpson Print<br>865 Sawmill Road<br>Bloomingdale, ON, Canada, N0B 1K0, | | | | | | $41,556.28 |
| 11 | Rose Neal Consulting LLC<br>Commercial Collections TSI Commercial Division<br>500 Virginia Drive 514<br>Fort Washington, PA 19034 | | | Disputed Unliquidated | | | $33,720.00 |
| 12 | Octoly Inc. d/b/a Skeepers<br>244 Fifth Avenue, Suite D61<br>New York, NY 10001 | | | | | | $26,520.00 |
| 13 | Saltbox, Inc<br>Lucy Voss<br>169 Madison Ave #2041<br>New York, NY | | | Contingent Unliquidated | | | $23,493.04 |
| 14 | Elevation Staffing Team<br>Veronica Lopez/ Vice President<br>1625 W. Mockingbird Lane 307<br>Dallas, TX 75235 | | | | | | $23,000.00 |
| 15 | PGS360<br>8610 Mercury Ln,<br>Pico Rivera, CA 90660 | | | | | | $20,000.00 |
| 16 | Bazaarvoice<br>"10901 Stonelake Blvd. Austin TX "<br>Austin, TX 78759 | | | | | | $16,875.00 |
| 17 | GRIN Technologies, Inc<br>PO Box 18576<br>Palatine, IL 60055-8576 | | | | | | $16,000.00 |
| 18 | Conde Nast<br>Robert B. Hollis Szabo Associates, Inc.<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326 | | | Disputed Unliquidated | | | $15,600.00 |
| 19 | Ecomundo<br>Services Réglementaires<br>Ecomundo Canada Inc<br>4284 Rue De La Roche<br>Montréal QC, H2J 3H9, | | | | | | $15,600.00 |
| 20 | Barclays Bank<br>PO Box 60517<br>City of Industry, CA 91716 | | | | | | $15,561.62 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Adwoa Beauty LLC**                                    CASE NO

                                                                CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  __**10/31/2025**__     Signature  _____**/s/ Julian Addo**_____

                                                    Julian Addo , Managing Member

Akita Brands INC
45 Park Ave, STE 1902
Cincinnati, OH 45263-4558

Alicia Crawford
PO Box 44510
Olympia, WA 98504

Amex Gold
PO Box BOX 6031
Carol Stream, IL 60197

Amex Platinum
PO BOX 6031
Carol Stream, IL 60197

Art Dept
89 Hudson Street, Suite 202
Hoboken, NJ 07030

Aurous Financial
Jeff Sirchio
60 Walnut Ave Ste 400
Clark, NJ 07066

Barclays Bank
PO Box 60517
City of Industry, CA 91716

Bazaarvoice
"10901 Stonelake Blvd. Austin TX "
Austin, TX 78759

CIN7
"2205 152nd Ave NE REDMOND WA"
Redmond, WA 98052


Conde Nast
Robert B. Hollis
Szabo Associates, Inc.
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326

department of Labor and
Industries
PO Box 44510
Olympia, WA 98504


Department of Labor/ State
of Washington
PO Box 44171
Olympia, WA 98504


Ecomundo
Services Réglementaires Ecomundo
Canada Inc
4284 Rue De La Roche
Montréal QC, H2J 3H9

Elevation Staffing Team
Veronica Lopez/ Vice President
1625 W. Mockingbird Lane 307
Dallas, TX 75235


Flexport International LLC
760 Market Street, 8th Floor
San Francisco, CA 94102


FORA FINANCIAL
1385 Broadway, 15 th Floor
New York, NY 10018

GRIN Technologies, Inc
PO Box 18576
Palatine, IL 60055-8576


Hegedus Vince
Magyarország
1028 BUDAPEST
KILINCS UTCA 24/B


Hiline
304 S Franklin St 200
Syracuse, NY 13202


Isabelle Rose Passaglia
12817 Kling Street, Apt. #1
Studio City, CA 91604


Julian Addo
1671 S Broadway St, Suite E12
Dallas, TX 75215


LA Models
7700 WEST SUNSET BOULEVARD
Los Angeles, CA 90046


LoudCrowd, Inc.
1135 W 6th St. 110
Austin, TX 78723


Mark D. Weinberg
Versant Funding LLC
2500 N. Military Trail Suite 465
Boca Raton, FL 33428

Miles Dahmann
4627 Marlo Dr
Las Vegas, NV 89117-7902

Missing Ingredient, Inc.
2400 S Cimarron Rd 100
Las Vegas, NV 89117-7902

Mk Pallet
12525 North rvtce t-30
Saltillo, TX 75478

mSEED group LLC
Anthony M. Standifer
Founder & Chief Brand Architect
111 W. 154th Street
Pico Rivera, CA 90660

Octoly Inc. d/b/a Skeepers
244 Fifth Avenue, Suite D61
New York, NY 10001

OLD DOMINION FREIGHT
LINES
3821 Juniper Trace Suite 108
Austin, TX 78738

Outfront
185 US Highway
Fairfield, NJ 07004

Pendulum Holdings
345 N. Maple Drive
Beverly Hills, CA 90210

Perpetua Labs, LLC
1801 Porter Street, Suite 300
Baltimore, MD 21230

PGS360
8610 Mercury Ln,
Pico Rivera, CA 90660

PGS360
8610 Mercury Ln, Pico
Pico Rivera, CA 90660

Provenance
1 Des Roches Square
Witney, Oxfordshire, OX28 4BE

Reserve Capital Group, LLC.
Michael Schreck
Managing Member
100 Overlook Center, 2nd Floor
Princeton, NJ 08540

Richard I. Simon, ESQ
Mandelbaum Barrett PC
3 Becker Farm Road Suite 105
Roseland, NJ 07068

Rose Neal Consulting LLC
Commercial Collections
TSI Commercial Division
500 Virginia Drive 514
Fort Washington, PA 19034

Route App Protect
1441 W Innovation Way, STE 150
Lehi, UT 84043

Saltbox, Inc
Lucy Voss
169 Madison Ave #2041
New York, NY


SBA Disaster Loan
211 N. Florence St., Suite 201
El Paso, TX 79901


SBA EIDL
14925 Kingsport Rd.
Fort Worth, TX 76155


Shanghai Impact
1203, Building F, Zhoukang Road,
Pudong District, Shanghai, China


Simpson Print
865 Sawmill Road
Bloomingdale, ON, Canada, N0B 1K0


Stetts Model Management
1133 Broadway 1609
New York, NY 10010


Texas Workforce Commission
Laneka Davis
101 E 15th St Room 556
Austin, TX 78778-1442


The Accountrepreneur, LLC
4204 Clausen Ave
Chanhassen, MN 55317

The Bernard Group
19011 Lake Drive East
Chanhassen, MN 55317


THIRSTY MI.
12 MARSHGATE LANE, E15 2NH


Thomas L. Kolker
3209 Hemlock Ave.
Austin, TX 78722


TJX/Marshall
770 COCHITUATE ROAD
Framingham, MA 01701


TOTAL QUALITY LOGISTICS
P.O. Box 634558
Cincinnati, OH 45263-4558


Tractenberg & Co., L.L.C.
116 East 16th Street, 2nd Floor
New York, NY 10003


TYB
4764 East Sunrise Drive
Tucson, AZ 85718


Versant FUNDING
Dan Broadley
Director of Operations
2500 North Military Trail Suite 465
Boca Raton, FL 33431

Wallflower Management LLC
3809 Parry Avenue #105
Dallas, TX 75226


Weinberg Gonser Frost, LLP
"10866 Wilshire Blvd. Suite 1650
Los Angeles, CA 90024