DeMarco·Mitchell, PLLC
Robert T. DeMarco
Michael S. Mitchell
12770 Coit Road, Suite 850
Dallas, TX 75251
**T**  972-991-5591
**F**  972-346-6791

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | Case No.:   25-44261-mxm |
| **Adwoa Beauty LLC**<br>81-5198733<br>3838 Oaklawn Ave Suite 1000-#9023<br>Dallas, TX 75215<br>**Debtor.** | Chapter:   11 |

## DECLARATION OF JULIAN ADDO
## [11 U.S.C. § 1116]

I, **Julian Addo**, hereby state that I am over eighteen (18) years of age, of sound mind, qualified and competent in all respects to make this Declaration, and do so of my own personal knowledge, and further state the following:

1. I am the managing member of **Adwoa Beauty LLC** ("**Debtor**"). In this capacity, I am generally familiar with the day to day business operations, books and records, and business and financial affairs of the Debtor.

2. In the normal course of business operations the Debtor does not prepare a "Cash Flow Statement", "Balance Sheets" or "Statements of Operations" (Profit & Loss).

### B.   Verification

3. In accordance with the provisions of 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 4, 2025                    /s/ Julian Addo *julian addo*
                                                                       **Julian Addo**