DeMarco Mitchell, PLLC
Robert T. DeMarco
Michael S. Mitchell
12770 Coit Road, Suite 850
Dallas, TX 75251
**T** 972-991-5591
**F** 972-346-6791

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: | Case No.:  25-44261-mxm |
| **Adwoa Beauty LLC**<br>81-5198733<br>3838 Oaklawn Ave Suite 1000-#9023<br>Dallas, TX 75215<br>**Debtor.** | Chapter:  11 |

**DEBTOR'S EXPEDITED MOTION FOR AUTHORITY TO
PAY CRITICAL VENDOR**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**COMES NOW**, **Adwoa Beauty LLC**, debtor and debtor in possession in the above-styled and numbered case ("**Debtor**"), and files this *Debtor's Expedited Motion for Authority to Pay Critical Vendor* ("**Motion**") by and through the undersigned attorney.  The facts and circumstances supporting this Motion are set forth in the concurrently filed *Declaration of Julian Addo in Support of First Day Motions* ("**First Day Declaration**").  In further support of this Motion the Debtor respectfully avers as follows:

**I.    JURISDICTION**

1. The Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §1334(b) and the standing order of reference of the District Court. This matter is a core proceeding.  28 U.S.C. §§ 157(b)(1), (b)(2)(M).

2. Venue in this Court is proper under 28 U.S.C. §§ 1408 and 1409.

II.    The bases for the relief requested herein are sections 105(a), 363(b)(1) and 1107(a) of title 11 of United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**").

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-4<br>Case 25-44261-mxm11<br>Northern District of Texas<br>Ft. Worth<br>Sat Nov  8 12:28:16 CST 2025 | Adwoa Beauty LLC<br>3838 Oaklawn Ave Suite 1000-#9023<br>Dallas, TX 75219-4511 | Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John Kendrick Turner<br>3500 Maple Avenue<br>Suite 800<br>Dallas, TX 75219-3959 |
| 501 W. Tenth Street<br>Fort Worth, TX 76102-3637 | Akita Brands INC<br>45 Park Ave, STE 1902<br>Cincinnati, OH 45263-4558 | Alicia Crawford<br>PO Box 44510<br>Olympia, WA 98504-4510 |
| Amex Gold<br>PO Box BOX 6031<br>Carol Stream, IL 60197-6031 | Amex Platinum<br>PO BOX 6031<br>Carol Stream, IL 60197-6031 | Art Dept<br>89 Hudson Street, Suite 202<br>Hoboken, NJ 07030-5644 |
| Aurous Financial<br>Jeff Sirchio<br>60 Walnut Ave Ste 400<br>Clark, NJ 07066-1647 | Barclays Bank<br>PO Box 60517<br>City of Industry, CA 91716-0517 | Bazaarvoice<br>10901 Stonelake Blvd.<br>Austin, TX 78759-5749 |
| CIN7<br>2205 152nd Ave NE<br>Redmond, WA 98052-5519 | Conde Nast<br>Robert B. Hollis<br>Szabo Associates, Inc.<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326-1395 | Department of Labor and Industries<br>PO Box 44510<br>Olympia, WA 98504-4510 |
| Department of Labor/ State of Washington<br>PO Box 44171<br>Olympia, WA 98504-4171 | Ecomundo<br>Services Rglementaires Ecomundo<br>Canada Inc<br>4284 Rue De La Roche<br>Montral QC, H2J 3H9 | Elevation Staffing Team<br>Veronica Lopez/ Vice President<br>1625 W. Mockingbird Lane 307<br>Dallas, TX 75235-5030 |
| FORA FINANCIAL<br>1385 Broadway, 15 th Floor<br>New York, NY 10018-6015 | Flexport International LLC<br>760 Market Street, 8th Floor<br>San Francisco, CA 94102-2300 | GRIN Technologies, Inc<br>PO Box 18576<br>Palatine, IL 60055-8576 |
| Hiline<br>304 S Franklin St 200<br>Syracuse, NY 13202-1529 | Isabelle Rose Passaglia<br>12817 Kling Street, Apt. #1<br>Studio City, CA 91604-1129 | Julian Addo<br>1671 S Broadway St, Suite E12<br>Dallas, TX 75215 |
| LA Models<br>7700 WEST SUNSET BOULEVARD<br>Los Angeles, CA 90046-3913 | LoudCrowd, Inc.<br>1135 W 6th St. 110<br>Austin, TX 78703-5309 | Mark D. Weinberg<br>Versant Funding LLC<br>2500 N. Military Trail Suite 465<br>Boca Raton, FL 33431-6353 |
| Miles Dahmann<br>4627 Marlo Dr<br>Las Vegas, NV 89117-7902 | Missing Ingredient, Inc.<br>2400 S Cimarron Rd 100<br>Las Vegas, NV 89117-7902 | Mk Pallet<br>12525 North rvtce t-30<br>Saltillo, TX 75478 |

| | | |
|---|---|---|
| OLD DOMINION FREIGHT LINES<br>3821 Juniper Trace Suite 108<br>Austin, TX 78738-5514 | Octoly Inc. d/b/a Skeepers<br>244 Fifth Avenue, Suite D61<br>New York, NY 10001-7604 | Outfront<br>185 US Highway<br>Fairfield, NJ 07004 |
| PGS360<br>8610 Mercury Ln,<br>Pico Rivera, CA 90660 | PGS360<br>8610 Mercury Ln, Pico<br>Pico Rivera, CA 90660 | Pendulum Holdings<br>345 N. Maple Drive<br>Beverly Hills, CA 90210-9705 |
| Perpetua Labs, LLC<br>1801 Porter Street, Suite 300<br>Baltimore, MD 21230-5562 | Reserve Capital Group, LLC.<br>Michael Schreck<br>Managing Member<br>100 Overlook Center, 2nd Floor<br>Princeton, NJ 08540-7814 | Richard I. Simon, ESQ<br>Mandelbaum Barrett PC<br>3 Becker Farm Road Suite 105<br>Roseland, NJ 07068-1726 |
| Rose Neal Consulting LLC<br>Commercial Collections<br>TSI Commercial Division<br>500 Virginia Drive 514<br>Fort Washington, PA 19034-2733 | Route App Protect<br>1441 W Innovation Way, STE 150<br>Lehi, UT 84043-7083 | SBA Disaster Loan<br>211 N. Florence St., Suite 201<br>El Paso, TX 79901-1666 |
| SBA EIDL<br>14925 Kingsport Rd.<br>Fort Worth, TX 76155-2243 | Saltbox, Inc<br>Lucy Voss<br>169 Madison Ave #2041<br>New York, NY 10016-5101 | Shanghai Impact<br>1203, Building F, Zhoukang Road,<br>Pudong District, Shanghai, China |
| Simpson Print<br>865 Sawmill Road<br>Bloomingdale, ON, Canada, N0B 1K0 | Stetts Model Management<br>1133 Broadway 1609<br>New York, NY 10010-7922 | TJX/Marshall<br>770 COCHITUATE ROAD<br>Framingham, MA 01701-4698 |
| TOTAL QUALITY LOGISTICS<br>P.O. Box 634558<br>Cincinnati, OH 45263-4558 | TYB<br>4764 East Sunrise Drive<br>Tucson, AZ 85718-4535 | Texas Workforce Commission<br>Laneka Davis<br>101 E 15th St Room 556<br>Austin, TX 78778-1442 |
| The Accountrepreneur, LLC<br>4204 Clausen Ave<br>Chanhassen, MN 55317 | The Bernard Group<br>19011 Lake Drive East<br>Chanhassen, MN 55317-9322 | Thomas L. Kolker<br>3209 Hemlock Ave.<br>Austin, TX 78722-1630 |
| Tractenberg & Co., L.L.C.<br>116 East 16th Street, 2nd Floor<br>New York, NY 10003-2167 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | UnitedHealthcare Insurance Company<br>ATTN: Bankruptcy<br>9700 Healthcare Lane<br>Minnetonka, MN 55343-4527 |
| Versant FUNDING<br>Dan Broadley<br>Director of Operations<br>2500 North Military Trail Suite 465<br>Boca Raton, FL 33431-6353 | Wallflower Management LLC<br>3809 Parry Avenue #105<br>Dallas, TX 75226-2449 | Weinberg Gonser Frost, LLP<br>10866 Wilshire Blvd. Suite 1650<br>Los Angeles, CA 90024-4321 |

mSEED group LLC
Anthony M. Standifer
Founder & Chief Brand Architect
111 W. 154th Street
Pico Rivera, CA 90660

Areya Holder Aurzada (SBRA V)
Holder Law
PO Box 2105
Addison, TX 75001-2105

Robert Thomas DeMarco
Robert Demarco
12770 Coit Road
Suite 850
Dallas, TX 75251-1364

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
DALLAS, TX 75219-3959

(u)Hegedus Vince
Magyarorszg
1028 BUDAPEST
KILINCS UTCA 24/B

(u)Provenance
1 Des Roches Square
Witney, Oxfordshire, OX28 4BE

(u)THIRSTY MI.
12 MARSHGATE LANE, E15 2NH

End of Label Matrix
Mailable recipients    62
Bypassed recipients     4
Total                  66

### III. BACKGROUND

3. This bankruptcy case was commenced by the filing of a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on **October 31, 2025** (the "**Petition Date**").

4. Areya Holder Aurzada has been appointed as the Subchapter V Trustee.

5. Additional factual background relating to the Debtor's business, capital structure, and the commencement of this chapter 11 case is set forth in detail in the First Day Declaration.

### IV. FACTS SPECIFIC TO RELIEF REQUESTED

6. The Debtor has several critical vendors each of which asserts a warehouseman's lien, or similar lien, upon goods and/or products in their possession ("**Critical Vendors**").

7. Those Critical Vendors are as follows:

| VENDOR | WHAREHOUSEMAN'S LIEN |
|---|---|
| Shanghai Impact ("**Shanghai**") <br> 1203, Building F, Zhoukang Road <br> Pudong District, Shanghai, China | Owed $46,000. Shanghai manufactures packaging supplies and products used by the Debtor. |
| Flexport International LLC ("**Flexport**") <br> 760 Market Street, 8th Floor <br> San Francisco, CA 94102 | Owed $45,000. Flexport is the Shipper of the package supplies manufactured by Shanhai. |
| PGS360 <br> 8610 Mercury Ln, <br> Pico Rivera, CA 90660 | Owed $25,000. PGS360 is a warehouse for a majority of the Debtor's inventory. |

8. Each of the Critical Vendors refuse to release the goods and/or products until the warehouseman's lien is satisfied.

9. The Debtor's failure to pay the Critical Vendors will cause the Debtor will suffer an immediate and irreparable economic loss, which loss will likely result in a forced liquidation.

### B. SHANGHAI & FLEXPORT

10. Together, Shanghai and Flexport are in possession of goods and/or products belonging to the Debtor with a gross retail value of $371,000 once those packaging materials are filled with product.

11. Debtor estimates the cost to make the product market ready to be approximately $65,000. That cost combined with the amounts due and owing both Shanghai ($46,000) and Flexport ($45,000) total $156,000. Assuming all product is sold, the Debtor's profit margin is in excess of 50%.

12. Debtor further represents that it takes approximately 120 days for Shanghai to manufacture the packaging materials and for Flexport to transport those packaging materials.

13. Debtor cannot afford to wait three to four months before it can package and ship product to Sephora and other customers.

14. The Debtor will suffer an immediate and irreparable economic loss if it is not allowed to pay the pre-petition claims of both Shanghai and Flexport, which loss will likely result in a forced liquidation of the Debtor.

### C. PGS360

15. PGS360 is currently warehousing Debtor's inventory, which inventory is currently valued at $2,800,000.

16. As stated above, PGS360 is owed approximately $25,000.

17. PGS360 refuses to release any inventory until its $25,000 claim is paid in full.

18. The Debtor has located a warehouse facility that is significantly less expensive and more efficient than PGS360.

19. The Debtor not only needs access to its inventory as soon as practicable, but needs to also relocate it to an alternative warehouse.

20. The Debtor will suffer an immediate and irreparable economic loss if it is not allowed to pay the pre-petition claim of both PGS360, which loss will likely result in a forced liquidation of the Debtor.

## V. RELIEF REQUESTED

21. By this Motion, the Debtor requests the entry of an order pursuant to Sections 105(a), 363(b)(1) and 507(a)(4) of the Bankruptcy Code authorizing, *but not requiring*, Debtor, in accordance with its stated polices and in its ordinary course, to pay the aforementioned critical vendors as set forth herein.

## VI. BASIS FOR RELIEF

22. It is well established that a bankruptcy court may authorize the payment of critical vendors when necessary. Payment of critical vendors, ahead of similarly situated prepetition claim holders, is rooted in the "doctrine of necessity," which doctrine, courts have consistently adopted where the failure to do so would jeopardize Debtor's chance of reorganization.

23. Pursuant to section 105(a) of the Bankruptcy Code, "the court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a). Section 105(a) codifies the bankruptcy court's inherent equitable powers. *See Marrama v. Citizens Bank of Mass.*, 127 S.Ct. 1105 (February 21, 2007)(Section 105 was relied upon heavily by the majority of the Court in ruling that there is no absolute right to convert a chapter 7 bankruptcy case under § 706 of the Bankruptcy Code despite the clear textual reading of the statute); *In re Feit & Dexler, Inc.*, 760 F.2d 406 (2nd Cir. 1985).

24. The relief requested herein is supported by the well established "necessity of payment" doctrine. *See, In re Ionosphere Clubs, Inc.*, 98 B.R. 174, 175 176 (Bankr. S.D.N.Y. 1989) citing *Miltenberger v. Logansport, C. & S. W. R. Co.*, 106 U.S. 286 (1882). The "necessity of payment" doctrine "teaches no more than, if payment of a claim that arose prior to reorganization is essential to the continued operation of the [business] during the reorganization, payment may be authorized even if it is made out of corpus." *In re Lehigh & New England Railway Company*, 657 F.2d 570, 581 (3rd Cir. 1981); *see also Pension Benefit Guarantee Corporation v. Sharon Steel Corp. (In re Sharon Steel Corp.)*, 159 B.R. 730, 736 (Bankr. W.D.Pa. 1993). Similarly, the court in Ionosphere stated the "necessity of payment" doctrine "recognizes the existence of the judicial power to authorize a debtor in a reorganization case to pay prepetition claims where such payment is essential to the continued operation of the debtor." *Ionosphere*, 98 B.R. at 176.

25. Within the Fifth Circuit, and more particularly, the Northern and Eastern District of Texas, Bankruptcy Courts often rely upon *In re Coserv, LLC*, 273 B.R. 487 (Bankr. N.D.Tex. 2002) in deciding whether it is appropriate to pay a prepetition vendor under the doctrine of necessity. *CoServ* set out the following three factor test:

> [I]t must be critical that the debtor deal with the claimant. Second, unless it deals with the claimant, the debtor risks the probability of harm, or, alternatively, loss of economic advantage to the estate or the debtor's going concern value, which is disproportionate to the amount of the claimant's prepetition claim. Third, there is no practical or legal alternative by which the debtor can deal with the claimant other than by payment of the claim.

*In re Coserv, LLC*, 273 B.R. at 498.

26. The Debtor has no practical or legal alternative to the payment of the foregoing vendor's pre-petition claim. *Id.* at 499.

27. Accordingly, the "necessity of payment" doctrine authorizes VS Group to pay the amounts it seeks authority to pay by this Motion.

28. The payment of the amounts requested herein pursuant to the "necessity of payment" doctrine is in the best interest of Debtor and this estate. *See Lehigh*, 657 F.2d at 581.

**WHEREFORE, PREMISES CONSIDERED**, Debtor respectfully requests that the Court authorize, *but not require*, Debtor, to pay **Xerox** according to the terms set forth herein; and for such other and further relief to which the Debtor may be justly entitled.

Respectfully submitted,

Dated: **November 10, 2025**

*/s/ Robert T. DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**  robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**  mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
T  972-991-5591
F  972-346-6791
***Proposed* Counsel for Debtor and Debtor in Possession**

**CERTIFICATE OF CONFERENCE**

The undersigned counsel hereby certifies that, prior to the filing of this Motion, he conferred with the following parties concerning their respective positions on the Motion:

| Attorney | Position |
|---|---|
| Erin Schmidt, counsel for the United States Trustee | No position |

**CERTIFICATE OF SERVICE**

The undersigned counsel herby certifies that true and correct copies of the foregoing pleading and all attachments were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this **10th day of November 2025**. Where possible, service was made electronically via the Court's ECF noticing system or via facsimile transmission where a facsimile number is set forth below. Where such electronic service was not possible, service was made via regular first-class mail.

## DEBTOR

Adwoa Beauty LLC
3838 Oaklawn Ave Suite 1000-#9023
Dallas, TX 75215

## TRUSTEES

Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 7520
Erin.Schmidt2@usdoj.gov

Areya Holder Aurzada
Holder Law
P.O. Box 2105
Addison, TX 75001-2105
areya@holderlawpc.com

## ADDITIONAL PARTIES IN INTEREST AND/OR PARTIES REQUESTING NOTICE

U.S. Small Business Administration
Assistant United States Attorney
1100 Commerce St., Ste. 300
Dallas, Texas 75242
David.Adams4@usdoj.gov

Sephora
350 Mission St, Floor 21
San Francisco, CA 94105
Emily.Zhou@sephora.com

Aurous Financial
60 Walnut Ave Ste 400
Clark, NJ 07066
kennydesai@aurousfinancial.com
j.sirchio@aurousfinancial.com

**SEE ATTACHED MATRIX**

*/s/ Robert T. DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**   robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**   mike@demarcomitchell.com
1255 W. 15th Street, 805
Plano, TX 75075
**T**   972-578-1400
**F**   972-346-6791