**Fill in this information to identify the case:**

Debtor Name  **Adwoa Beauty LLC**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (If known): **25-44261-11**

☑ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. | **Checking account** | ___ ___ ___ ___ | **$1,500.00** |
| 3.2. | **Checking account** | ___ ___ ___ ___ | **($14,197.97)** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____
   4.2 _____

5. **Total of Part 1**          **($12,697.97)**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____          _____

Debtor    **Adwoa Beauty LLC**
Name

Case number *(if known)* **25-44261-11**

---

7.2 _____    _____

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____    _____

8.2 _____    _____

9.    **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.    _____

## Part 3:    Accounts receivable

10.   **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

11.   **Accounts receivable**

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | **$250,000.00** - **$10,000.00** = ....➔ | | **$240,000.00** |
| | face amount    doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | _____ - _____ = ....➔ | | _____ |
| | face amount    doubtful or uncollectible accounts | | |

12.   **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    **$240,000.00**

## Part 4:    Investments

13.   **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.   **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____    _____    _____

14.2 _____    _____    _____

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1 _____    _____    _____    _____

15.2 _____    _____    _____    _____

Debtor    **Adwoa Beauty LLC**
Name

Case number *(if known)* 25-44261-11

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____    _____    _____

    16.2 _____    _____    _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| **19. Raw materials** | MM / DD / YYYY | | | |
| **20. Work in progress** | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| finished goods at CG labs | MM / DD / YYYY | unknown | | $302,600.00 |
| finished goods at mSEED labs | MM / DD / YYYY | unknown | | $43,672.00 |
| finished goods and packaging at PGS360 | MM / DD / YYYY | unknown | | $2,800,000.00 |
| **22. Other inventory or supplies** | | | | |
| packaging supplies at Flexport | MM / DD / YYYY | unknown | | $45,000.00 |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

    $3,191,272.00

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No
    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

---

Official Form 206A/B                **Schedule A/B: Assets — Real and Personal Property**                page 3

Debtor    **Adwoa Beauty LLC**
_____    Case number *(if known)* **25-44261-11**
Name

---

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

    Add lines 28 through 32. Copy the total to line 85.    _____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No
    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

---

Official Form 206A/B    **Schedule A/B: Assets — Real and Personal Property**    page **4**

| Debtor | Adwoa Beauty LLC | Case number *(if known)* 25-44261-11 |
|---|---|---|
| | Name | |

---

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| shelving station | $500.00 | | $500.00 |
| **40. Office fixtures** | | | |
| | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | | | |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$500.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |

Debtor   **Adwoa Beauty LLC**

Name

Case number *(if known)* 25-44261-11

| | | | |
|---|---|---|---|
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | _____ | _____ | _____ |
| 48.2 _____ | _____ | _____ | _____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____ _____ _____ _____

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

❏ No

❏ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

❏ No

❏ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

❏ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

Debtor   **Adwoa Beauty LLC**
Name

Case number *(if known)* **25-44261-11**

---

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| adwoa beauty LOGO | unknown | | unknown |
| WWW.ADWOABEAUTY.COM | unknown | | unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| EMAIL LIST FOR 65K SUBSCRIBERS | unknown | | unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| FORMULAS FOR 12 SKUS | unknown | | unknown |
| 65. **Goodwill** | | | |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

---

Debtor    **Adwoa Beauty LLC**

Name

Case number *(if known)*  **25-44261-11**

---

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:**    All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.  **Notes receivable**

Description (include name of obligor)

_____ – _____ = ➜  _____

Total face amount    doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

73.  **Interests in insurance policies or annuities**

_____    _____

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    _____

Nature of claim    _____

Amount requested    _____

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Versant liable for overcharges relative to funds never advanced    $20,000.00

Nature of claim    _____

Amount requested    **unknown**

76.  **Trusts, equitable or future interests in property**

_____    _____

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    _____

Debtor    **Adwoa Beauty LLC**
Name

Case number *(if known)* **25-44261-11**

---

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

| | $20,000.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:**    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | ($12,697.97) | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $240,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,191,272.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9* ......................................................................➜ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $20,000.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column* ..........................91a. | $3,439,074.03 | + 91b. |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................................... | $3,439,074.03 |

Fill in this information to identify the case:

Debtor name **Adwoa Beauty LLC**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (if known): **25-44261-11**

☑ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Creditor's name<br>**Aurous Financial** | Describe debtor's property that is subject to a lien | $303,764.82 | unknown |
| Creditor's mailing address<br>**Jeff Sirchio**<br>**60 Walnut Ave Ste 400**<br>**Clark, NJ 07066** | Describe the lien | | |
| Creditor's email address, if known | Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| Date debt was incurred **1/1/2025** | Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| Last 4 digits of account number ___ ___ ___ ___ | | | |
| Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**               $638,764.82

| Debtor | **Adwoa Beauty LLC** | Case number (if known) | **25-44261-11** |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.2** **Creditor's name**

**SBA Disaster Loan**

**Describe debtor's property that is subject to a lien**

**$85,000.00**     **unknown**

**Creditor's mailing address**

**211 N. Florence St., Suite 201**

**El Paso, TX 79901**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**     **9  1  0  8**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    **Adwoa Beauty LLC**
Name

Case number (if known) **25-44261-11**

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|
| | | Amount of claim | Value of collateral that supports this claim |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.3** **Creditor's name**

**SBA EIDL**

**Describe debtor's property that is subject to a lien**

**$250,000.00**    **unknown**

**Creditor's mailing address**

**14925 Kingsport Rd.**

**Fort Worth, TX 76155**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    **06/2020**

**Last 4 digits of account number**    **7  8  0  2**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Debtor    **Adwoa Beauty LLC**
Name

Case number (if known) **25-44261-11**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Richard I. Simon, ESQ**<br>**Mandelbaum Barrett PC**<br>**3 Becker Farm Road Suite 105**<br>**Roseland, NJ 07068** | Line 2. _1_ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name **Adwoa Beauty LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known):    **25-44261-11**

☑ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Department of Labor/ State of Washington**

**PO Box 44171**

**Olympia, WA 98504**

Date or dates debt was incurred

**08/21/2025**

Last 4 digits of account

number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

Remarks:
"DEPARTMENT OF LABOR AND INDUSTRIES )
CITATION AND NOTICE OF
EMPLOYMENT STANDARDS PROGRAM"

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

Basis for the Claim:

Is the claim subject to offset?

☑ No

☐ Yes

Total claim **$18,700.50**    Priority amount **$18,700.50**

**2.2** Priority creditor's name and mailing address

**Texas Workforce Commission**

**Laneka Davis**

**101 E 15th St Room 556**

**Austin, TX 78778-1442**

Date or dates debt was incurred

**11/2024**

Last 4 digits of account

number **0   6   4   5**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

Remarks: overdue wage claim

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the Claim:

Is the claim subject to offset?

☑ No

☐ Yes

Total claim **$13,441.92**    Priority amount **$13,441.92**

| Debtor | **Adwoa Beauty LLC** | Case number *(if known)* | **25-44261-11** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Akita Brands INC**

**45 Park Ave, STE 1902**

**Cincinnati, OH 45263-4558**

Date or dates debt was incurred   **08/2024**

Last 4 digits of account number   — — — —

Remarks: business loan

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$50,000.00**

---

**3.2** Nonpriority creditor's name and mailing address

**Amex Gold**

**PO Box BOX 6031**

**Carol Stream, IL 60197**

Date or dates debt was incurred   **2025**

Last 4 digits of account number   **8   0   0   8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$4,990.29**

---

**3.3** Nonpriority creditor's name and mailing address

**Amex Platinum**

**PO BOX 6031**

**Carol Stream, IL 60197**

Date or dates debt was incurred   **2025**

Last 4 digits of account number   **1   0   0   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$4,990.29**

---

**3.4** Nonpriority creditor's name and mailing address

**Art Dept**

**89 Hudson Street, Suite 202**

**Hoboken, NJ 07030**

Date or dates debt was incurred   **11/2024**

Last 4 digits of account number   **9   -   F   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,200.00**

| Debtor | **Adwoa Beauty LLC** | Case number *(if known)* | **25-44261-11** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.5** Nonpriority creditor's name and mailing address

**Barclays Bank**

**PO Box 60517**

**City of Industry, CA 91716**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    **$15,561.62**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**Bazaarvoice**

**"10901 Stonelake Blvd. Austin TX "**

**Austin, TX 78759**

Date or dates debt was incurred    **03/2023**

Last 4 digits of account number ___ ___ ___ ___

**Remarks:**
marketing campaign for gifted product. I am disputing this debt as
I alerted the company at the onset and asked them to cancel due
to financial issues, at which they refused. portiins of the campaign
I am bein charged for was unused.

As of the petition filing date, the claim is:    **$16,875.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**CIN7**

**"2205 152nd Ave NE REDMOND WA"**

**Redmond, WA 98052**

Date or dates debt was incurred    **10/25**

Last 4 digits of account number    **4   6   9   8**

As of the petition filing date, the claim is:    **$1,268.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**Conde Nast**

**Robert B. Hollis**
**Szabo Associates, Inc.**

**3355 Lenox Road NE, Suite 945**

**Atlanta, GA 30326**

Date or dates debt was incurred    **11/2023**

Last 4 digits of account number    **-   0   1**

As of the petition filing date, the claim is:    **$15,600.00**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Adwoa Beauty LLC** | Case number *(if known)* | **25-44261-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.9** **Nonpriority creditor's name and mailing address**

**Ecomundo**

**Services Réglementaires Ecomundo Canada Inc**

**4284 Rue De La Roche**

**Montréal QC, H2J 3H9,**

Date or dates debt was incurred    **5/9/2024**

Last 4 digits of account number    **0   0   5   8**

Remarks: annual due for CANADA and EU Compliance

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$15,600.00

---

**3.10** **Nonpriority creditor's name and mailing address**

**Elevation Staffing Team**

**Veronica Lopez/ Vice President**

**1625 W. Mockingbird Lane 307**

**Dallas, TX 75235**

Date or dates debt was incurred    **01/2024**

Last 4 digits of account number    __ __ __ __

Remarks: staffing agency - payroll for temp workers

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$23,000.00

---

**3.11** **Nonpriority creditor's name and mailing address**

**Flexport International LLC**

**760 Market Street, 8th Floor**

**San Francisco, CA 94102**

Date or dates debt was incurred    **9/25**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$45,000.00

---

**3.12** **Nonpriority creditor's name and mailing address**

**FORA FINANCIAL**

**1385 Broadway, 15 th Floor**

**New York, NY 10018**

Date or dates debt was incurred    **03/2025**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$54,000.00

---

| Debtor | **Adwoa Beauty LLC** | Case number *(if known)* | **25-44261-11** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,000.00

**GRIN Technologies, Inc**

**PO Box 18576**

**Palatine, IL 60055-8576**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    **05/2024**

Last 4 digits of account number    **U  T  Y  __**

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.00

**Hegedus Vince**

**Magyarország**

**1028 BUDAPEST**

**KILINCS UTCA 24/B,**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    **08/2024**

Last 4 digits of account number    __  __  __  __

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Remarks:** marketing service

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,600.42

**Hiline**

**304 S Franklin St 200**

**Syracuse, NY 13202**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    **05/2024**

Last 4 digits of account number    __  __  __  __

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Remarks:** accounting services

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,000.00

**Isabelle Rose Passaglia**

**12817 Kling Street, Apt. #1**

**Studio City, CA 91604**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    **11/2024**

Last 4 digits of account number    __  __  __  __

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Remarks:** photographer

---

| Debtor | **Adwoa Beauty LLC** | Case number *(if known)* | **25-44261-11** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.17** **Nonpriority creditor's name and mailing address**

**LA Models**

**7700 WEST SUNSET BOULEVARD**

**Los Angeles, CA 90046**

Date or dates debt was incurred    **11/2024**

Last 4 digits of account number   __ __ __ __

Remarks: model

**As of the petition filing date, the claim is:**     **$1,800.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** **Nonpriority creditor's name and mailing address**

**LoudCrowd, Inc.**

**1135 W 6th St. 110**

**Austin, TX 78723**

Date or dates debt was incurred    **07/2024**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**     **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** **Nonpriority creditor's name and mailing address**

**Miles Dahmann**

**4627 Marlo Dr**

**Las Vegas, NV 89117-7902**

Date or dates debt was incurred    **03/2024**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**     **$3,778.25**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** **Nonpriority creditor's name and mailing address**

**Missing Ingredient, Inc.**

**2400 S Cimarron Rd 100**

**Las Vegas, NV 89117-7902**

Date or dates debt was incurred    **04/2023**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**     **$14,844.29**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Adwoa Beauty LLC** | Case number *(if known)* | **25-44261-11** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.21** | Nonpriority creditor's name and mailing address

**Mk Pallet**

**12525 North rvtce t-30**

**Saltillo, TX 75478**

Date or dates debt was incurred    **06/2023**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$3,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address

**mSEED group LLC**

**Anthony M. Standifer**
**Founder & Chief Brand Architect**

**111 W. 154th Street**

**Pico Rivera, CA 90660**

Date or dates debt was incurred    **05/2023**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$217,865.79**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address

**Octoly Inc. d/b/a Skeepers**

**244 Fifth Avenue, Suite D61**

**New York, NY 10001**

Date or dates debt was incurred    _____

Last 4 digits of account number    _5_ _6_ _5_ _3_

As of the petition filing date, the claim is:    **$26,520.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address

**OLD DOMINION FREIGHT LINES**

**3821 Juniper Trace Suite 108**

**Austin, TX 78738**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$233,894.00**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Adwoa Beauty LLC** | | Case number *(if known)* | **25-44261-11** |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.25** Nonpriority creditor's name and mailing address

**Outfront**

**185 US Highway**

**Fairfield, NJ 07004**

Date or dates debt was incurred    **4/2025**

Last 4 digits of account number    **3  5  0  7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$155,000.00

---

**3.26** Nonpriority creditor's name and mailing address

**Pendulum Holdings**

**345 N. Maple Drive**

**Beverly Hills, CA 90210**

Date or dates debt was incurred    **08/2022**

Last 4 digits of account number    **U  T  Y  __**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment**

Is the claim subject to offset?
☑ No
☐ Yes

$4,000,000.00

---

**3.27** Nonpriority creditor's name and mailing address

**Perpetua Labs, LLC**

**1801 Porter Street, Suite 300**

**Baltimore, MD 21230**

Date or dates debt was incurred    **06/2025**

Last 4 digits of account number    **0  0  0  9**

Remarks: webs services for amazon ads

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,390.00

---

**3.28** Nonpriority creditor's name and mailing address

**PGS360**

**8610 Mercury Ln,**

**Pico Rivera, CA 90660**

Date or dates debt was incurred    **09/2025**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$20,000.00

---

| Debtor | **Adwoa Beauty LLC** | Case number *(if known)* | **25-44261-11** |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td>**Part 2:**</td><td>Additional Page</td></tr>
</table>

**3.29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,308.00 |
|---|---|---|
| **Provenance** | ☐ Contingent | |
| **1 Des Roches Square** | ☐ Unliquidated | |
| **Witney, Oxfordshire, OX28 4BE,** | ☐ Disputed | |
| | **Basis for the claim:** _____ | |
| Date or dates debt was incurred   **4/1/2025** | **Is the claim subject to offset?** | |
| Last 4 digits of account number   **1  z  a  4** | ☑ No<br>☐ Yes | |
| Remarks: annual dues web services | | |

**3.30**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $54,963.48 |
|---|---|---|
| **Reserve Capital Group, LLC.** | ☑ Contingent | |
| **Michael Schreck**<br>**Managing Member** | ☑ Unliquidated | |
| **100 Overlook Center, 2nd Floor** | ☑ Disputed | |
| **Princeton, NJ 08540** | **Basis for the claim:** _____ | |
| Date or dates debt was incurred   **09/2025** | **Is the claim subject to offset?** | |
| Last 4 digits of account number   __ __ __ __ | ☑ No<br>☐ Yes | |

**3.31**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $33,720.00 |
|---|---|---|
| **Rose Neal Consulting LLC** | ☐ Contingent | |
| **Commercial Collections**<br>**TSI Commercial Division** | ☑ Unliquidated | |
| **500 Virginia Drive 514** | ☑ Disputed | |
| **Fort Washington, PA 19034** | **Basis for the claim:** _____ | |
| Date or dates debt was incurred   **06/2024** | **Is the claim subject to offset?** | |
| Last 4 digits of account number   **1  7  4  2** | ☑ No<br>☐ Yes | |

**3.32**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,600.00 |
|---|---|---|
| **Route App Protect** | ☐ Contingent | |
| **1441 W Innovation Way, STE 150** | ☐ Unliquidated | |
| **Lehi, UT 84043** | ☐ Disputed | |
| | **Basis for the claim:** _____ | |
| Date or dates debt was incurred   _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number   __ __ __ __ | ☑ No<br>☐ Yes | |
| Remarks: shipping services | | |

| Debtor | **Adwoa Beauty LLC** | Case number *(if known)* | **25-44261-11** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.33** Nonpriority creditor's name and mailing address

**Saltbox, Inc**

**Lucy Voss**

**169 Madison Ave #2048**

**New York, NY**

Date or dates debt was incurred **12/2024**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$23,493.04

---

**3.34** Nonpriority creditor's name and mailing address

**Shanghai Impact**

**1203, Building F, Zhoukang Road,**

**Pudong District, Shanghai, China,**

Date or dates debt was incurred **09/2025**

Last 4 digits of account number ___ ___ ___ ___

Remarks: PACKAGING GOODS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$46,000.00

---

**3.35** Nonpriority creditor's name and mailing address

**Simpson Print**

**865 Sawmill Road**

**Bloomingdale, ON, Canada, N0B 1K0,**

Date or dates debt was incurred **07/2023**

Last 4 digits of account number   **D   W   0   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$41,556.28

---

**3.36** Nonpriority creditor's name and mailing address

**Stetts Model Management**

**1133 Broadway 1609**

**New York, NY 10010**

Date or dates debt was incurred **11/2024**

Last 4 digits of account number ___ ___ ___ ___

Remarks: model

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,114.88

---

| Debtor | **Adwoa Beauty LLC** | Case number *(if known)* | **25-44261-11** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

**3.37** | Nonpriority creditor's name and mailing address

**The Accountrepreneur, LLC**

**4204 Clausen Ave**

**Western Springs, IL 60558**

Date or dates debt was incurred    **10/2024**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,350.00

---

**3.38** | Nonpriority creditor's name and mailing address

**The Bernard Group**

**19011 Lake Drive East**

**Chanhassen, MN 55317**

Date or dates debt was incurred    **04/2025**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$5,339.36

---

**3.39** | Nonpriority creditor's name and mailing address

**THIRSTY MI.**

**12 MARSHGATE LANE, E15 2NH,**

Date or dates debt was incurred    **06/2024**

Last 4 digits of account number    ___ ___ ___ ___

Remarks: PR services

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$41,710.00

---

**3.40** | Nonpriority creditor's name and mailing address

**TJX/Marshall**

**770 COCHITUATE ROAD**

**Framingham, MA 01701**

Date or dates debt was incurred    **04/2024**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$11,046.37

---

| Debtor | **Adwoa Beauty LLC** | Case number *(if known)* | **25-44261-11** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.41** Nonpriority creditor's name and mailing address

**TOTAL QUALITY LOGISTICS**

**P.O. Box 634558**

**Cincinnati, OH 45263-4558**

Date or dates debt was incurred   **03/2025**

Last 4 digits of account number  — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$942.55**

---

**3.42** Nonpriority creditor's name and mailing address

**Tractenberg & Co., L.L.C.**

**116 East 16th Street, 2nd Floor**

**New York, NY 10003**

Date or dates debt was incurred   **11/1/2023**

Last 4 digits of account number  — — — —

Remarks: PR services

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$12,484.68**

---

**3.43** Nonpriority creditor's name and mailing address

**TYB**

**4764 East Sunrise Drive**

**Tucson, AZ 85718**

Date or dates debt was incurred   **06/2025**

Last 4 digits of account number  — — — —

Remarks: marketing services

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,000.00**

---

**3.44** Nonpriority creditor's name and mailing address

**Versant FUNDING**

**2500 North Military Trail Suite 465**

**Boca Raton, FL 33431**

Date or dates debt was incurred   _____

Last 4 digits of account number  — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Factor**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

| Debtor | **Adwoa Beauty LLC** | Case number *(if known)* | **25-44261-11** |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| **3.45** | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,750.00** |
|---|---|---|---|

**Wallflower Management LLC**

**3809 Parry Avenue #105**

**Dallas, TX 75226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred          **08/2024**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number          __ __ __ __

Remarks: model

| **3.46** | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,000.00** |
|---|---|---|---|

**Weinberg Gonser Frost, LLP**

**"10866 Wilshire Blvd. Suite 1650**

**Los Angeles, CA 90024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred          **02/2023**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number          e  r  a  l

| Debtor | **Adwoa Beauty LLC** | Case number *(if known)* | **25-44261-11** |
|---|---|---|---|
| | Name | | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **Alicia Crawford**<br>**PO Box 44510**<br>**Olympia, WA 98504** | Line **2.1**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2  **department of Labor and Industries**<br>**PO Box 44510**<br>**Olympia, WA 98504** | Line **2.1**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3  **Thomas L. Kolker**<br>**3209 Hemlock Ave.**<br>**Austin, TX 78722** | Line **3.24**<br>☐ Not listed. Explain _____ | __ __ __ __ |

| Debtor | **Adwoa Beauty LLC** | Case number *(if known)* | **25-44261-11** |
| --- | --- | --- | --- |
| | Name | | |

<div style="background:black;color:white">**Part 4:**</div> Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**     **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
| --- | --- | --- | --- |
| 5a. | **Total claims from Part 1** | 5a. | $32,142.42 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $5,262,156.59 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $5,294,299.01 |

**Fill in this information to identify the case:**

Debtor name _____**Adwoa Beauty LLC**_____

United States Bankruptcy Court for the:
_____**Northern District of Texas**_____

Case number (if known): _____**25-44261-11**_____   Chapter __**11**__

☑ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*...........................................................................................

   | $0.00 |
   |---|

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................................................

   | $3,439,074.03 |
   |---|

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...........................................................................................

   | $3,439,074.03 |
   |---|

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................

   | $638,764.82 |
   |---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................................

   | $32,142.42 |
   |---|

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................................

   | + $5,262,156.59 |
   |---|

4. **Total liabilities**..........................................................................................................................
   Lines 2 + 3a + 3b

   | $5,933,063.83 |
   |---|

Fill in this information to identify the case:

Debtor name **Adwoa Beauty LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): **25-44261-11**

☑ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☑   *Amended Schedule* __**Schedules A/B, D and E/F**__

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/10/2025__          X __/s/ Julian Addo_____
          MM/ DD/ YYYY          Signature of individual signing on behalf of debtor

          __Julian Addo_____
          Printed name

          __Managing Member_____
          Position or relationship to debtor

Official Form B202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**