DeMarco Mitchell, PLLC
Robert T. DeMarco
Michael S. Mitchell
12770 Coit Road, Suite 850
Dallas, TX 75251
T 972-991-5591
F 972-346-6791

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| **IN RE:** | **Case No.:** 25-44261-mxm |
| **Adwoa Beauty LLC**<br>81-5198733<br>3838 Oaklawn Ave Suite 1000-#9023<br>Dallas, TX 75215<br>**Debtor.** | **Chapter:** 11 |

## NOTICE OF DEBTOR'S CASH COLLATERAL BUDGET

PLEASE TAKE NOTICE that **Adwoa Beauty LLC**, Debtor and Debtor in possession in the above-styled and numbered case ("**Debtor**"), hereby files an **AMENDED** cash collateral budget, a copy of which is attached hereto.

## CERTIFICATE OF SERVICE

The undersigned counsel herby certifies that true and correct copies of the foregoing pleading and all attachments were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this **13th day of November 2025**. Where possible, service was made electronically via the Court's ECF noticing system or via facsimile transmission or email where a facsimile number or email address is set forth below. Where such electronic service was not possible, service was made via regular first-class mail.

### DEBTOR

Adwoa Beauty LLC
3838 Oaklawn Ave Suite 1000-#9023
Dallas, TX 75215

### TRUSTEES

Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 7520
Erin.Schmidt2@usdoj.gov

Areya Holder Aurzada
Holder Law
P.O. Box 2105
Addison, TX 75001-2105
areya@holderlawpc.com

### ADDITIONAL PARTIES IN INTEREST AND/OR PARTIES REQUESTING NOTICE

| | |
|---|---|
| U.S. Small Business Administration<br>Assistant United States Attorney<br>1100 Commerce St., Ste. 300<br>Dallas, Texas 75242<br>David.Adams4@usdoj.gov | Sephora<br>c/o Bryan Cave Leighton Paisner LLP<br>Jarret P. Hitchings<br>301 S. College Street, Suite 2150<br>Charlotte, NC 28202<br>jarret.hitchings@bclplaw.com |
| Aurous Financial<br>60 Walnut Ave Ste 400<br>Clark, NJ 07066<br>kennydesai@aurousfinancial.com<br>j.sirchio@aurousfinancial.com | Versant Funding<br>Attn.: Mark D. Weinberg<br>2500 N. Military Trail Suite 465<br>Boca Raton, FL 33431-6353<br>mweinberg@versantfunding.com |

**ADDITIONAL PARTIES VIA ECF**

*/s/ Robert T. DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**    robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**    mike@demarcomitchell.com
1255 W. 15th Street, 805
Plano, TX 75075
**T**         972-578-1400
**F**         972-346-6791

## ADWOA BEAUTY
### 45 DAY BUDGET

| | 14 day | 30 day | |
|---|---:|---:|---|
| **Beginning Cash Balance - Petition Date** | $ 1,500.00 | | |
| **Cash Balance - Day 15** | | $ 11,600.00 | |
| **Ordinary Income/Expense** | | | |
| Income | | $ - | |
|   RETAIL + DTC SALES | $ 70,000.00 | $ 325,000.00 | |
|   Refunds | $ - | $ 10,500.00 | |
|   Cost of Goods Sold | $ - | $ - | |
| Total Income | $ 70,000.00 | $ 314,500.00 | |
| **Gross Profit** | $ 70,000.00 | $ 314,500.00 | |
| | | | |
| Expense | | | |
|   SKEEPERS | | $ 25,000.00 | REQUIRED SPEND TO IMPROVE VELOCITY ONSHELF AT SEPHORA WHICH WILL INCREASE VISIBLITY AND SALES TO SET UP FOR REORG PLAN |
|   Shopify | $ 2,800.00 | $ 5,400.00 | |
|   CIN7 EDI PLATFORM | $ 2,600.00 | $ 1,300.00 | |
|   Equipment Rental | $ - | $ - | |
|   FREIGHT | $ 7,500.00 | $ - | FREIGHT MOVEMENT FOR GOODS FROM PGS360, MSEED AND CG LABS TO PROGRESSIVE IN 14 DAY. 30 DAY HAS AVERAGE MONTHLY FREIGHT COST |
|   Insurance Expense | | | |
|     Auto Insurance | $ - | $ - | |
|     General Liability | $ - | $ 750.00 | |
|     Property Insurance (In Rent) | $ - | $ - | |
|     Workman's Compensation | $ - | $ - | |
|   Licenses and Permits | | | |
|   Marketing | $ - | $ 20,000.00 | |
|   Meals and Entertainment | $ - | $ - | |
|   Office Supplies | $ - | $ - | |
|   Payroll | | | |
|     Employees | $ 10,000.00 | $ 48,000.00 | |
|     Contractors | $ 12,000.00 | $ 18,000.00 | |
|   Postage and Delivery | $ - | $ - | |
|   Accounting Software | $ - | $ 150.00 | |
|   FLEXPORT | $ - | $ 45,000.00 | 1x CRITCAL VENDOR PAYMENT TO RELEASE REPLENSHMENT |
|   SHANGHAI PACKAGING | $ - | $ 46,000.00 | 1x CRITCAL VENDOR PAYMENT TO RELEASE REPLENSHMENT |
|   WAREHOUSING (PGS360 > PROGRESS) | $ 25,000.00 | $ 5,500.00 | |
|   Repairs and Maintenance | $ - | $ - | |
|   Security | $ - | $ - | |
|   Software Licenses | $ - | $ - | |
|   Taxes | | | |
|     Payroll Taxes | $ - | $ - | |
|     Sales Taxes | $ - | $ 5,400.00 | |
|   Telephone Expense | $ - | $ 100.00 | |
|   Travel | $ - | $ 5,000.00 | |
|   LEGAL FEES | $ - | $ 2,000.00 | |
|   Adequate Protection Payments | $ - | $ - | |
|   Trustee Payments | $ - | $ 1,000.00 | |
| **Total Expense** | $ 59,900.00 | $ 228,600.00 | |
| **NET INCOME** | $ 10,100.00 | $ 85,900.00 | |
| | | | |
| **Ending Cash Balance** | $ 11,600.00 | $ 97,500.00 | |