DeMarco•Mitchell, PLLC
Robert T. DeMarco
Michael S. Mitchell
12770 Coit Road, Suite 850
Dallas, TX 75251
**T** 972-991-5591
**F** 972-346-6791

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| **IN RE:** | **Case No.:**    **25-44261-mxm** |
| **Adwoa Beauty LLC** | **Chapter:**    **11** |
| 81-5198733 | |
| 3838 Oaklawn Ave Suite 1000-#9023 | |
| Dallas, TX 75215 | |
| **Debtor.** | |

### DEBTOR'S EXPEDITED MOTION TO COMPEL TURNOVER OF PROPERTY OF THE ESTATE IN THE POSSESSION OF CG-LABS
### [11 U.S.C. §542]

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**COMES NOW**, **Adwoa Beauty LLC**, debtor and debtor in possession in the above-styled and numbered case (the "**Debtor**") and file this *Debtor's Expedited Motion to Compel Turnover of Property of the Estate in the Possession of CG-Labs [11 U.S.C. §542]* by and through the undersigned attorney.  In support of this Motion the Debtor respectfully avers as follows:

### I.    JURISDICTION

1.    The Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §1334(b) and the standing order of reference of the District Court. This matter is a core proceeding. 28 U.S.C. §157(b).

2.    Venue in this Court is proper under 28 U.S.C. §§ 1408 and 1409.

3.    The bases for the relief requested herein are sections 105, 361 and 363 of title 11 of United States Code, 11 U.S.C. § 542 (the "**Bankruptcy Code**").

## II.      BACKGROUND

4.      This bankruptcy case was commenced by the filing of a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on **October 31, 2025** (the "**Petition Date**").

5.      Areya Holder Aurzada has been appointed as the Subchapter V Trustee.

## III.      FACTS SPECIFIC TO RELIEF REQUESTED

6.      Prior to the Petition Date, the Debtor was a party to a factoring arrangement involving Aurous Financial and Versant Funding (collectively, the "**Factors**"). As a result of the factor arrangement their exists some concern by **CG-Labs** relative to releasing the Debtor's inventory that is within its possession.

7.      The inventory ("**Inventory**") is described as follows:

- hydrating texture foam - 1300 units
- Exfoliating scalp shampoo - 3000 units
- Hydrating oil mist - 3000 units

8.      The Inventory in possession of **CG-Labs** is valued at **$117,810.**

9.      The Debtor is informed and believes, and based upon said information and belief, the Factors do not claim an ownership interest in the Inventory.

10.      **CG-Labs** remains in possession of the Inventory.

11.      Debtor asserts the Inventory constitutes property of the Debtor's bankruptcy estate and that **CG-Labs** has an affirmative obligation to deliver the Inventory to the Debtor.

12.      If the Debtor is unable to recover the Inventory the Debtor will suffer immediate and irreparable harm.

**WHEREFORE, PREMISES CONSIDERED**, Debtor respectfully requests this Court enter an

Order compelling **CG-Labs** to turnover the Inventory to the Debtor; and for such other and further

relief as is just and proper.

Respectfully submitted,

Dated: November 21, 2025

/s/ *Robert T. DeMarco*

**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**   robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**   mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
T  972-991-5591
F  972-346-6791
***Proposed* Counsel for Debtor and Debtor in Possession**

## CERTIFICATE OF SERVICE

The undersigned counsel herby certifies that true and correct copies of the foregoing pleading and all attachments were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this **21st day of November 2025**.  Where possible, service was made electronically via the Court's ECF noticing system or via facsimile transmission where a facsimile number is set forth below.  Where such electronic service was not possible, service was made via regular first-class mail.

### DEBTOR

Adwoa Beauty LLC
3838 Oaklawn Ave Suite 1000-#9023
Dallas, TX 75215

### TRUSTEES

Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 7520
Erin.Schmidt2@usdoj.gov

Areya Holder Aurzada
Holder Law
P.O. Box 2105
Addison, TX 75001-2105
areya@holderlawpc.com

## ADDITIONAL PARTIES IN INTEREST AND/OR PARTIES REQUESTING NOTICE

U.S. Small Business Administration
Assistant United States Attorney
1100 Commerce St., Ste. 300
Dallas, Texas 75242
David.Adams4@usdoj.gov

Charles Green Labs
Caitlin Green
625 3rd Street
Newark, NJ 07107
caity@charlesgreenlabs.com

Aurous Financial
c/o Vincent J. Roldan
MANDELBAUM BARRETT PC
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
vroldan@mblawfirm.com

mSEED Group
Anthony Standifer
111 W 154th Street
South Holland, IL 60473
anthony@mseedgroup.com

PGS360
2741 Basswood Blvd suite 441
Fort Worth, TX 76131
FFInbound@pgs360.com
legal@pgs360.com

### SEE ATTACHED MATRIX

/s/ Robert T. DeMarco
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**   robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**   mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
T  972-991-5591
F  972-346-6791