Trey A. Monsour
Texas Bar Number 14277200
FOX ROTHSCHILD LLP
2501 N. Harwood St., Suite 1800
Dallas, TX 75201
Phone: (214) 231-5796
Email: tmonsour@foxrothschild.com

Vincent J. Roldan (*Pro Hac Vice*)
New Jersey Bar Number 045371998
MANDELBAUM BARRETT PC
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
Phone: (973) 974-9815
Email: vroldan@mblawfirm.com

*Local Counsel for Aurous Financial Svcs LLC*     *Counsel for Aurous Financial Svcs LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| ADWOA BEAUTY LLC | ) | Case No. 25-44261 (mxm) |
| | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing on Aurous Financial Svcs LLC's *Renewed Motion to Convert This Case to Chapter 7* [Docket No. 157] will be conducted on **Friday, May 1, 2026 at 9:30 a.m.** (CST), The Honorable Mark X. Mullin presiding, in Room 128, United States Courthouse, 501 West 10th Street, Fort Worth, Texas 76102 or via Webex as described below.  A copy of Judge Mullin's procedures is attached as Exhibit A.

For WebEx Video Participation/Attendance:

Link: https://us-courts.webex.com/meet/mullin

For WebEx Telephonic Only Participation/Attendance:

Dial-In: 1.650.479.3207

Meeting ID: 2310-650-8783

184413254.1

PLEASE TAKE FURTHER NOTICE that the hearing will be held in hybrid format.  All

parties who will be offering evidence or participating in examination must make their

appearances in the Courtroom.  All other parties may appear via Webex.

Dated:  April 14, 2026

Respectfully submitted,

FOX ROTHSCHILD LLP

_____/s/ Trey A. Monsour_____

Trey A. Monsour
Texas Bar No. 14277200
2501 N. Harwood St. Suite 1800
Dallas, TX 75201
214-231-5796
tmonsour@foxrothschild.com

and

MANDELBAUM BARRETT PC

Vincent J. Roldan (*pro hac vice*)
3 Becker Farm Road
Roseland, NJ 07068
(973) 974-9815
vroldan@mblawfirm.com

***Attorneys for Aurous Financial Svcs LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 14, 2026, a true and correct copy of the foregoing Notice of Hearing was served (i) via the Court's ECF system to all parties authorized to receive notice in this case.

_____/s/ Trey A. Monsour_____
Trey A. Monsour, Esq.

184413254.1

**EXHIBIT A**

**Telephonic/Video Hearing Policy**

1. **General Information**. The Court is currently providing remote access to hearings through the Court's WebEx videoconference facilities. Parties, counsel, and other parties in interest are permitted to attend and participate in hearings by telephone and videoconference without prior permission of the Court subject to compliance with the procedures and requirements set forth herein. Those who plan to actively participate in a hearing are encouraged to attend the hearing in the WebEx video mode using the WebEx video link below. Those who will not be seeking to introduce any evidence at the hearing and who wish to attend in a telephonic only mode may attend the hearing in the WebEx telephonic only mode using the WebEx dial-in and meeting ID below.

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/mullin

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207

Meeting ID: 2310-650-8783

2. **Witness Testimony**. **Witnesses may not provide testimony by telephone alone (i.e. without the WebEx video function activated)** except in extremely rare, emergency situations in which the Court determines that cause exists to waive the prohibition or where such form of testimony has been pre-authorized by the Court.

3. **Protocol for Joining Hearing; Conduct During Hearing**. Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress and the Court's telephonic and videoconference lines are live. During hearings, attendees are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings before the Court**. For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04 at: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf

4. **Exhibits**. Any party intending to introduce documentary evidence at the hearing must file an exhibit list in the case with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto so that the Court and all participants have ready access to all designated exhibits. If a party is not able to attach each exhibit as an attachment, then such party must deliver a flash drive that includes the exhibits or 2 sets of binders to the Court by no later than twenty-four (24) hours in advance of the hearing unless the hearing will be conducted in a live format and counsel will be presenting the binders to the Court at the commencement of the hearing. For any witness that is to be called to testify remotely, the party calling the witness is responsible for supplying the witness with all designated exhibits for the hearing.

180303285.1

5. **Disclaimer.** The Court cannot and does not guarantee that telephonic service and computer connectivity will not be interrupted during the course of a hearing. Those who elect to participate in a hearing by remote means do so at their own risk understanding that except in extremely rare circumstances the Court will not entertain a request for continuance of the hearing based upon technological failure or any disadvantage experienced on account of an election to attend remotely instead of in person.

2

180303285.1