



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 27, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE:** | **Case No.:** **25-44261-mxm** |
| **Adwoa Beauty LLC**<br>81-5198733<br>3838 Oaklawn Ave Suite 1000-#9023<br>Dallas, TX 75215 | **Chapter:** **11** |
| **Debtor.** | |

### ORDER TERMINATING CASH COLLATERAL USE

On this day came on for consideration the *Debtor's Motion for Order Authorizing the Interim and Final Use of Cash Collateral [11 U.S.C. §§ 105, 361, and 363]* (the "**Motion**"). The Motion is made pursuant to 11 U.S.C. §§ 105, 361 and 363 and Federal Rules of Bankruptcy Procedure 4001 and 9014: (a) authorizing **Adwoa Beauty LLC**, debtor and debtor in possession in the above-styled and numbered case ("**Debtor**") to use cash collateral of the Small Business

Administration, Aurous Financial Services LLC ("**Aurous**"), and Versant Funding LLC ("**Versant**"), (collectively, the "**Secured Lenders**") and granting adequate protection to **Secured Lenders** for the use of their cash collateral; and (b) prescribing the form and manner of notice and setting the time for the final hearing (the "**Final Hearing**") on the Motion.  The Court having previously entered its *Order Authorizing Interim Use of Cash Collateral* [Doc. 59] (the "**First Interim Order**"), its *Second Order Authorizing Interim Use of Cash Collateral* [Doc. 80] (the "**Second Interim Order**"), *Third Order Authorizing Interim Use of Cash Collateral* [Doc. 95] (the "**Third Interim Order**"), *Fourth Order Authorizing Interim Use of Cash Collateral* [Doc. 117] (the "**Fourth Interim Order**"), and the Court having approved the Motion for a fifth time on an interim basis as stated on the record of the hearing on February 5, 2026 [Doc. Entry 135 being defined as the "**Fifth Interim Order**"), *Sixth Order Authorizing Interim Use of Cash Collateral* [Doc. 151] (the "**Sixth Interim Order**"); and the Court having heard evidence at a hearing on April 15, 2026 (the "**Adjourned Final Cash Collateral Hearing**"); and upon review of the Motion, and based upon the evidence presented to this Court at the Adjourned Final Cash Collateral Hearing, the Court hereby orders:

1.    Debtor is not permitted to use Cash Collateral.  The Debtor's right to use Cash Collateral expired at 5:00 PM CST on the date of the Final Hearing.

2.    Notwithstanding, the Debtor's obligation to pay Aurous $5,000 every Friday under section 10(a) of the Sixth Interim Cash Collateral Order shall continue, until entry of a subsequent order.

**### END OF ORDER ###**

**ORDER SUBMITTED BY:**

*/s/ Robert T. DeMarco*

**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**   robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**   mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
T  972-991-5591
F  972-346-6791
**Counsel for Debtor and Debtor in Possession**